• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>7/20/05 |
| NAME OF SERVER (PPJNT)<br>BARRY EVELAND | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

_____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐   Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

_____

☒   Other (specify):   SERVED: CHRISTIANA CARE HEALTH SERVICES, INC AT 501 WEST 14TH ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SHEANA JENKINS.

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/20/05         _____
         Date            *Signature of Server*

BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DELAWARE

———————— **DISTRICT OF** ————————

Kimbra Criswell

### SUMMONS IN A CIVIL CASE

**V.**

CASE NUMBER: 05-321 GMS

Lydia Adair McFadden and
Christiana Care Health
Services, Inc.

**TO:** (Name and address of defendant)
Christiana Care Health Services, Inc.
throuh its registered agent for service of process:
The Medical Center of Delaware, Inc.
501 West 14th Street
Wilmington, DE 19899

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RICHARD R. WIER, JR. P.A.
ATTORNEY AT LAW
1220 MARKET STREET
WILMINGTON, DE 19801

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

JUL 19 2005

CLERK

_Evette Wilson_

DATE

(BY) DEPUTY CLERK