IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-CV-00321 GMS |
| ) | |
| LYDIA ADAIR MCFADDEN and CHRISTIANA ) | |
| CARE HEALTH SERVICES, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

Defendants, Lydia Adair McFadden and Christiana Care Health Services, Inc., move for dismissal of the plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) as all of plaintiff's claims are time-barred by the applicable statute of limitations. In support of this motion, defendants rely on the attached Defendants' Opening Brief in Support of Motion to Dismiss, filed pursuant to Local Rule 7.1.2.

WHEREFORE, defendants respectfully request that this Honorable Court enter an Order dismissing plaintiff's Complaint, with prejudice, and award the defendants all costs, expenses and any other relief that the Court deems appropriate.

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

*/s/ Natalie L. Palladino*
JOHN D. BALAGUER (#2537)
NATALIE L. PALLADINO (#3878)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424
*Attorneys for Defendants,*
*Lydia Adair McFadden and*
*Christiana Care Health Services, Inc*

Date: August 12, 2005