## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KIMBRA CRISWELL                    :
                                   :
          Plaintiff,               :
                                   :
     v.                            :     C.A. No. 05-00321 GMS
                                   :
LYDIA ADAIR MCFADDEN               :     JURY TRIAL DEMANDED
                                   :
     and                           :
                                   :
CHRISTIANA CARE HEALTH             :
SERVICES, INC.,                    :
                                   :
          Defendants.              :

### AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104
### AND D. DEL. LR 4.1(b)

Daniel W. Scialpi, after first being duly sworn, on this 14th day of August, 2005, does depose and say:

1.     I am an attorney with the law firm of Richard R. Wier, Jr., P.A. and  represent Plaintiff in the above-captioned action.

2.     I caused a copy of the Complaint, the Return of Service of Process for non-resident Lydia McFadden, and a letter containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to Ms. McFadden, pursuant to 10 Del. C. § 3104.  A copy of the documents and the return receipt for said package is attached hereto as Exhibit "A."

                              **RICHARD R. WIER, JR., P.A.**


                              _____
                              Richard R. Wier, Jr. (#716)
                              Daniel W. Scialpi (#4146)

1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
Dscialpi@Wierlaw.com

Sworn to and subscribed before me this 14th day of August, 2005.

RICHARD R. WIER, JR. P.A.
ATTORNEY AT LAW
1220 MARKET STREET
WILMINGTON, DE 19801