| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Lydia McFadden_ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>_Lydia McFadden_    7-28 |
| 1. Article Addressed to:<br><br>Lydia McFadden<br>33 Cobblestone Court<br>Northeast, MD<br>21901-2628 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>RECEIVED<br>AUG 2 2005<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | RB 858 396 454 US |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

RICHARD R. W

ATTORNE[Y]

1220 MARKET ST
WILMINGTON, D

www.Wie[r]

ICHARD R. WIER, JR.*

DANIEL W. SCIALPI

*ALSO ADMITTED IN PA

Jul

*Via Registered Mail/
Return Receipt Requested*

Lydia McFadden
33 Cobblestone Court
Northeast, MD 21901-2628

Re:   Kimbra Criswell v. Lydia Adair McFadden and Christiana Care Health Services, Inc.
C.A. No. 05-321 GMS

Dear Ms. McFadden:

The enclosed Complaint was filed on May 23, 2005, and served on the Delaware Secretary of State. Pursuant to 10 Del. C. § 3104, this service is of the same legal force and validity as if served upon you personally within this state. You are required to file an Answer to the Complaint within twenty days. I enclose a copy of the Summons.

Very truly yours,

Daniel W. Scialpi

Enclosures