# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-CV-00321 GMS |
| v. | ) |
| | ) |
| LYDIA ADAIR MCFADDEN and CHRISTIANA | ) |
| CARE HEALTH SERVICES, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## STIPULATION TO EXTEND DEADLINE FOR ANSWERING BRIEF

Now come the Parties, by and through counsel, who stipulate and agree that the deadline for Plaintiff to file her Answering Brief to Defendants' Motion to Dismiss shall be extended to September 5, 2005.

**RICHARD R. WIER, JR., P.A.**  

/s/ Daniel W. Scialpi  
Richard R. Wier, Jr. (#716)  
Daniel W. Scialpi (#4146)  
1220 Market St., Suite 600  
Wilmington, DE 19801  
(302) 888-3222  
Dscialpi@Wierlaw.com  

**WHITE & WILLIAMS LLP**  

/s/ Natalie L. Palladino  
John D. Balaguer (#2537)  
Natalie L. Palladino (#3878)  
824 N. Market St., Suite 902  
Wilmington, DE 19899  
(302) 467-4531  
Palladinon@whiteandwilliams.com  

SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Gregory M. Sleet

Dated: August 24, 2005

DOCS_DE 114980v1