**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KIMBRA CRISWELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-CV-00321 GMS |
| | ) |
| LYDIA ADAIR MCFADDEN and CHRISTIANA | ) |
| CARE HEALTH SERVICES, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

**SUBSTITUTION OF COUNSEL**

To: Richard R. Wier, Jr., Esquire
    Law offices of Richard R. Wier, Jr.
    1220 Market Street, Suite 600
    Wilmington, DE 19801

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE SUBSTITUTE THE APPEARANCES** of John D. Balaguer, Esquire and Deborah J. Massaro, Esquire as counsel for Defendants, Lydia Adair McFadden and Christiana Care Health Services, Inc. in the above-captioned matter, in lieu of Natalie L. Palladino, Esquire, as she is no longer with White and Williams LLP.

                                                **WHITE AND WILLIAMS LLP**

                                                */s/ Deborah J. Massaro*
                                                JOHN D. BALAGUER (#2537)
                                                DEBORAH J. MASSARO (#4280)
                                                824 North Market Street, Suite 902
                                                P.O. Box 709
                                                Wilmington, DE 19899-0709
                                                (302) 654-0424
                                                *Attorneys for Defendants,*
                                                *Lydia Adair McFadden and*
                                                *Christiana Care Health Services, Inc.*

Dated: January 11, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-CV-00321 GMS |
| | ) |
| LYDIA ADAIR MCFADDEN and CHRISTIANA CARE HEALTH SERVICES, INC., | ) |
| | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Deborah J. Massaro, Esquire, do hereby certify that on this 11th day of January, 2006, two copies of the foregoing **SUBSTITUTION OF COUNSEL FOR DEFENDANTS, LYDIA ADAIR MCFADDEN AND CHRISTIANA CARE HEALTH SERVICES, INC.** were served upon the following via first class mail, postage prepaid and/or via Lexis Nexis Electronic Filing System:

Richard R. Wier, Jr., Esquire
Law offices of Richard R Wier, Jr.
1220 Market Street, Suite 600
Wilmington, DE 19801

**WHITE AND WILLIAMS LLP**

*/s/ Deborah J. Massaro*
JOHN D. BALAGUER (#2537)
DEBORAH J. MASSARO (#4280)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424
*Attorneys for Defendants,*
*Lydia Adair McFadden and*
*Christiana Care Health Services, Inc.*

Date: January 11, 2006

- 2 -

DOCS_DE 120409v.1