IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-CV-00321 GMS |
| | ) |
| LYDIA ADAIR MCFADDEN and CHRISTIANA | ) |
| CARE HEALTH SERVICES, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Deborah J. Massaro, Esquire, certify that on this 28th day of February, 2006 two copies of **INTERROGATORIES DIRECTED TO PLAINTIFF ON BEHALF OF DEFENDANTS** were delivered via e-filing and/or regular U.S. First Class Mail, postage prepaid to the following named individual:

Richard R. Wier, Jr., Esquire
Law Offices of Richard R. Wier, Jr., P.A.
1220 Market Street, Suite 600
Wilmington, DE  19801

        WHITE and WILLIAMS  LLP

        */s/ Deborah J. Massaro*
        **JOHN D. BALAGUER (#2537)**
        **DEBORAH J. MASSARO (#4280**)
        824 North Market Street, Suite 902
        P.O. Box 709
        Wilmington, DE  19899-0709
        (302) 467-4501
        *Attorneys for Defendants,*
        *Lydia Adair McFadden*
        *and Christiana Care Health Services, Inc.*