Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-CV-00321 GMS |
| | ) |
| LYDIA ADAIR MCFADDEN and CHRISTIANA | ) |
| CARE HEALTH SERVICES, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

STIPULATION TO AMEND
ANSWER TO COMPLAINT

The parties, through their undersigned counsel, agree that Defendants, Lydia Adair McFadden and Christiana Care Health Services, Inc., may amend their Answer to the Complaint in the form attached hereto as Exhibit A.

**RICHARD R. WIER, JR., P.A.**

*/s/*

Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222

**WHITE and WILLIAMS LLP**

*/s/*

John D. Balaguer (#2537)
Deborah J. Massaro (#4280)
824 North Market Street, Suite 902
Wilmington, DE 19899
(302)467-4501
*Attorneys for Defendants, Lydia Adair McFadden and Christiana Care Health Services, Inc.*

Of Counsel:
Michael T. van der Veen, Esq.
Nelson Levin, Esq.
KATS, JAMISON, VAN DER VEEN & ASSOCIATES
25 Bustleton Pike
Featerville, PA 19053
(215)396-9001

*Attorneys for Plaintiff*