IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-CV-00321 GMS |
| | ) |
| LYDIA ADAIR MCFADDEN and CHRISTIANA | ) |
| CARE HEALTH SERVICES, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

STIPULATION TO AMEND
ANSWER TO COMPLAINT

The parties, through their undersigned counsel, agree that Defendants, Lydia Adair McFadden and Christiana Care Health Services, Inc., may amend their Answer to the Complaint in the form attached hereto as Exhibit A.

**RICHARD R. WIER, JR., P.A.**              **WHITE and WILLIAMS LLP**

_/s/ R. Wier_                                _/s/ J. Balaguer_
Richard R. Wier, Jr. (#716)                  John D. Balaguer (#2537)
Daniel W. Scialpi (#4146)                    Deborah J. Massaro (#4280)
Two Mill Road, Suite 200                     824 North Market Street, Suite 902
Wilmington, DE 19806                         Wilmington, DE 19899
(302)888-3222                                (302)467-4501
                                             *Attorneys for Defendants, Lydia Adair*
                                             *McFadden and Christiana Care Health*
                                             *Services, Inc.*

Of Counsel:
Michael T. van der Veen, Esq.
Nelson Levin, Esq.
KATS, JAMISON, VAN DER VEEN & ASSOCIATES
25 Bustleton Pike
Featerville, PA 19053
(215)396-9001

*Attorneys for Plaintiff*

DOCS_DE 124428v.1