IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, | ) |
| | ) |
|       Plaintiff, | ) |
| v. | )   C.A. No. 05-CV-00321 GMS |
| | ) |
| LYDIA ADAIR MCFADDEN and CHRISTIANA | ) |
| CARE HEALTH SERVICES, INC., | )   JURY TRIAL DEMANDED |
| | ) |
|       Defendants. | ) |

## NOTICE OF RECORDS DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned attorney will take the records deposition of Dr. Raymond DiPretoro, Jr., Dr. Peter Wetherill, Christiana Spine Center, Pro Physical Therapy, Lawall Prosthetics and Orthotics, Wilmington Pain Center, Dr. D. Bhaskar Rao, Dr. Lisa M. Leschek-Gilman, Dr. Richard Schumann, Neurology Associates, P.A. and Dr. Schwartman on **May 22, 2006** beginning at 10:00 a.m. in the offices of **WHITE and WILLIAMS LLP**, 824 North Market Street, Suite 902, Wilmington, Delaware 19801.

**Duces Tecum:**

Produce a complete copy of all medical records, including but not limited to all in-patient and out-patient from date of initial treatment date to the present relating to Kimbra Criswell; DOB: 11/2/78.

**Note:** *Personal appearance has been waived if the requested records and affidavit of substitute compliance are received in this office prior to the date of the scheduled deposition*.

-2-

                                              **WHITE AND WILLIAMS LLP**

By: _/s/ Deborah J. Massaro_
     **DEBORAH MASSARO, ESQUIRE**
     824 Market Street, Suite 902
     P.O. Box 709
     Wilmington, DE 19899
     (302) 654-0424
     *Attorney for Defendants,*
     *Lydia Adair McFadden*
     *and Christiana Care Health Services, Inc.*

Date:   May 8, 2006

## CERTIFICATE OF SERVICE

I, Deborah Massaro, Esquire, certify that on this 8th day of May, 2006, two copies of the foregoing **NOTICES OF RECORDS DEPOSITION** were delivered by regular U.S. mail, postage prepaid, to the following individuals:

>Richard R. Wier, Jr., Esquire
>Law Offices of Richard R. Wier, Jr., P.A.
>1220 Market Street, Suite 600
>Wilmington, DE  19801

**WHITE AND WILLIAMS LLP**

By: *[signature: Deborah J. Massaro]*

**DEBORAH MASSARO, ESQUIRE**
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
(302) 654-0424
*Attorney for Defendants,*
*Lydia Adair McFadden*
*and Christiana Care Health Services, Inc.*