IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 05-00321 GMS |
| : | |
| LYDIA ADAIR MCFADDEN : | JURY TRIAL DEMANDED |
| : | |
| and : | |
| : | |
| CHRISTIANA CARE HEALTH : | |
| SERVICES, INC., : | |
| : | |
| Defendants. : | |

### MOTION FOR ADMISSION PRO HAC VICE

Counsel for Plaintiff moves, pursuant to Local Rule 83.5, for the admission pro hac vice of Nelson Levin, Esq. of Kats, Jamison, van der Veen & Associates, 25 Bustleton Pike, Feasterville, PA 19053 to represent Plaintiff. Mr. Levin's certification is attached to this motion.

**RICHARD R. WIER, JR., P.A.**

 /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222

## CERTIFICATE OF SERVICE

I certify that on this 17th day of May 2006, that I electronically filed the attached with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Deborah Massaro, Esq.
White and Williams LLP
824 N. Market St., Suite 902
Wilmington, DE 19899

**RICHARD R. WIER, JR., P.A.**

 /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222