IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL<br>    Plaintiff, | : <br> : <br> : |
| v. | :     C.A. No. 05-00321 GMS <br> : |
| LYDIA ADAIR MCFADDEN<br>and<br>CHRISTIANA CARE HEALTH<br>SERVICES, INC.,<br>    Defendants. | :     JURY TRIAL DEMANDED <br> : <br> : <br> : <br> : |

CERTIFICATION OF NELSON LEVINE, ESQUIRE

Now comes Nelson Levine, Esquire, under oath, and pursuant to Local Rule 83.5, who certifies that he is eligible for admission to this Court, admitted, practicing and in good standing as a member of the Bar of Pennsylvania, and submits himself, pursuant to Local Rule 83.6, to the disciplinary jurisdiction of this Court for any alleged misconduct that could occur in the preparation or course of this action. Mr. Levin also certifies that he is generally familiar with this Court's Local Rules, and that he is not a resident in Delaware, regularly employed in Delaware or regularly engaged in business, professional, or other similar activities in Delaware.

                                                              Nelson Levine, Esq.

SWORN TO AND SUBSCRIBED before me this \_\_16th\_\_ day of May 2006

*[Signature: Joann Cione]*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOANN CIONE, Notary Public
Upper Southampton Twp., Bucks County
My Commission Expires August 11, 2009