IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBRA CRISWELL | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-00321 GMS |
| | : | |
| LYDIA ADAIR MCFADDEN | : | JURY TRIAL DEMANDED |
| | : | |
| and | : | |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES, INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon presentation of Plaintiff's motion for admission pro hac vice,

IT IS ORDERED this _____ day of _____, 2006:

1. The motion is GRANTED;

2. Nelson Levin, Esquire is admitted to practice before this Court in the above litigation.

_____

The Honorable Gregory M. Sleet