**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KIMBRA CRISWELL | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-00321 GMS |
| | : | |
| LYDIA ADAIR MCFADDEN | : | JURY TRIAL DEMANDED |
| | : | |
| and | : | |
| | : | |
| CHRISTIANA CARE HEALTH | : | |
| SERVICES, INC., | : | |
| | : | |
| Defendants. | : | |

<u>RULE 7.1.1 DISCLOSURE</u>

Counsel for Plaintiff, pursuant to Local Rule 7.1.1, states that the opposing

attorney in this case does not oppose the attached motion for admission <u>pro hac vice</u> of

Nelson Levine, Esquire.

RICHARD R. WIER, JR., P.A.


 /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222