IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.  05-CV-00321 GMS |
| | ) |
| LYDIA ADAIR MCFADDEN and CHRISTIANA CARE HEALTH SERVICES, INC., | ) |
| | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of **Kimbra Criswell on Friday, July 14, 2006 at 1:00 p.m.** at White and Williams LLP located at 824 N. Market Street, Suite 902, Wilmington, Delaware  19899.  You are invited to attend and participate.

                                                          WHITE and WILLIAMS  LLP

                                                        /s/ Deborah J. Massaro
                                                        **JOHN D. BALAGUER (#2537)**
                                                        **DEBORAH J. MASSARO (#4280)**
                                                        824 North Market Street, Suite 902
                                                        P.O. Box 709
                                                        Wilmington, DE  19899-0709
                                                        (302) 654-0424
                                                        *Attorneys for Defendants*,
                                                        *Lydia Adair McFadden and*
                                                        *Christiana Care Health Services, Inc.*

- 2 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-CV-00321 GMS |
| | ) |
| LYDIA ADAIR MCFADDEN and CHRISTIANA | ) |
| CARE HEALTH SERVICES, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Deborah J. Massaro, Esquire, do hereby certify that on this 24th day of May, 2006, two copies of the above foregoing **NOTICE OF DEPOSITION** were served upon the following via e-filing:

Daniel W. Scialpi, Esquire
Richard R. Wier, Jr., Esquire
Law Offices of Richard R. Wier, Jr., P.A.
1220 Market Street, Suite 600
Wilmington, DE 19801

Nelson Levin, Esquire
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 17044

**WHITE and WILLIAMS LLP**

/s/ Deborah J. Massaro
**JOHN D. BALAGUER (#2537)**
**DEBORAH J. MASSARO (#4280)**
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424
*Attorneys for Defendants*,
*Lydia Adair McFadden and*
*Christiana Care Health Services, Inc.*

- 2 -