IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-CV-00321 GMS |
| | ) |
| LYDIA ADAIR MCFADDEN and CHRISTIANA CARE HEALTH SERVICES, INC., | ) |
| | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

**NOTICE OF RECORDS DEPOSITION**

**PLEASE TAKE NOTICE** that the undersigned attorney will take the records deposition of **Aureus Radiology LLC** on **August 17, 2006** beginning at 10:00 a.m. in the offices of **WHITE and WILLIAMS LLP**, 824 North Market Street, Suite 902, Wilmington, Delaware 19801.

**Duces Tecum:**

A **complete** copy of the entire employment file relating to Kimbra Criswell, including but not limited to application for employment, current job status, complete job description of all duties to be performed, yearly job performance/evaluation, attendance records, wage/salary information, employee benefit information, W-2 verification, any medical records, any claims or submission for Workers Compensation claims, any type of claims submitted for employee benefits, and complete description of all benefits.

**Note:** *Personal appearance has been waived if the requested records and affidavit of substitute compliance are received in this office prior to the date of the scheduled deposition*.

DOCS_DE 129174v.1

-2-

                    **WHITE AND WILLIAMS LLP**

By: */s/ Deborah J. Massaro*
     **DEBORAH MASSARO, ESQUIRE**
     824 Market Street, Suite 902
     P.O. Box 709
     Wilmington, DE 19899
     (302) 654-0424
     *Attorney for Defendants,*
     *Lydia Adair McFadden*
     *and Christiana Care Health Services, Inc.*

Date:  August 3, 2006

-3-

## CERTIFICATE OF SERVICE

I, Deborah Massaro, Esquire, certify that on this 3rd day of August, 2006, two copies of the foregoing **NOTICES OF RECORDS DEPOSITION** were delivered by regular U.S. mail, postage prepaid, to the following individuals:

| | |
|---|---|
| Daniel W. Scialpi, Esquire<br>Richard R. Wier, Jr., Esquire<br>Law Offices of Richard R. Wier, Jr., P.A.<br>1220 Market Street, Suite 600<br>Wilmington, DE 19801 | Nelson Levin, Esquire<br>Michael T. Van Der Veen, Esquire<br>Kats, Jamison, van der Veen & Associates<br>25 Bustleton Pike<br>Feasterville, PA 17044 |

**WHITE AND WILLIAMS LLP**

By: *[signature: Deborah J. Massaro]*

**DEBORAH MASSARO, ESQUIRE**
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
(302) 654-0424
*Attorney for Defendants,*
*Lydia Adair McFadden*
*and Christiana Care Health Services, Inc.*