IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-CV-00321 GMS |
| ) | |
| LYDIA ADAIR MCFADDEN and CHRISTIANA ) | |
| CARE HEALTH SERVICES, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

## NOTICE OF RECORDS DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned attorney will take the records deposition of Dr. Andrew J. Gelman on **September 5, 2006** beginning at 10:00 a.m. in the offices of **WHITE and WILLIAMS LLP**, 824 North Market Street, Suite 902, Wilmington, Delaware 19801.

### Duces Tecum:

Produce a complete copy of all medical records, including but not limited to all in-patient and out-patient from date of initial treatment to the present relating to Kimbra Criswell.

**Note:** *Personal appearance has been waived if the requested records and affidavit of substitute compliance are received in this office prior to the date of the scheduled deposition.*

                                        **WHITE AND WILLIAMS LLP**

By: _/s/ Deborah J. Massaro_

                                        **DEBORAH MASSARO, ESQUIRE**
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
(302) 654-0424
*Attorney for Defendants,*
*Lydia Adair McFadden*
*and Christiana Care Health Services, Inc.*

Date:   August 22, 2006

## CERTIFICATE OF SERVICE

I, Deborah Massaro, Esquire, certify that on this 22nd day of August, 2006, two copies of the foregoing **NOTICE OF RECORDS DEPOSITION** was delivered by regular U.S. mail, postage prepaid, to the following individuals:

| | |
|---|---|
| Nelson Levin, Esquire<br>Michael T. Van Der Veen, Esquire<br>Kats, Jamison, van der Veen & Associates<br>25 Bustleton Pike<br>Feasterville, PA  17044 | Daniel W. Scialpi, Esquire<br>Richard R. Wier, Jr., Esquire<br>Law Offices of Richard R. Wier, Jr., P.A.<br>Two Mill Road<br>Suite 200<br>Wilmington, DE   19806 |

**WHITE AND WILLIAMS LLP**

By:  *Deborah J. Massaro*

**DEBORAH MASSARO, ESQUIRE**
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
(302) 654-0424
*Attorney for Defendants,*
*Lydia Adair McFadden*
*and Christiana Care Health Services, Inc.*

DOCS_DE 129732v.1