October 2, 2006

Clerk of the Court
District Court of Delaware
844 North King Street
Wilmington, DE 19801

Re:    **Withdrawal of Appearance**

Dear Clerk of the Court:

Please be advised that, effective October 1, 2006, I am no longer with the law firm of Richard R. Wier, Jr. P.A.  Please withdraw my appearance in all cases, including the following: 04-370; 04-1282; 05-321; 05-748; 05-872; 06-15; 06-16; 06-507.  Please continue to send all notifications to counsel of record in all of the above cases, Richard R. Wier, Jr.

I report for active duty on October 22, 2006.  For any correspondence, you can continue to use my home address: 137 Devonshire Road, Wilmington, DE 19806.

Very truly yours,

/s/ Daniel W. Scialpi

Daniel W. Scialpi (#4146)