IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-CV-00321 GMS |
| v. ) | |
| ) | |
| LYDIA ADAIR MCFADDEN and CHRISTIANA ) | JURY TRIAL DEMANDED |
| CARE HEALTH SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, the Defendants hereby move this Honorable Court for summary judgment of this action for the reasons stated in the Defendants' Opening Brief in Support of Their Motion for Summary Judgment, which is incorporated herein as if set forth in full. Plaintiff is barred by the exclusivity provisions in Delaware's Worker's Compensation Statute from bringing suit against Defendants. The Court, therefore, should enter summary judgment in Defendants favor.

**WHITE AND WILLIAMS LLP**

/s/ Deborah J. Massaro
JOHN D. BALAGUER (#2537)
DEBORAH J. MASSARO (#4280)
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
302-467-4526
*Attorneys for defendants Lydia A. McFadden and Christiana Care Health Services, Inc.*

Date: October 24, 2006

WILDMS 131915v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, )<br>)<br>           Plaintiff, )<br>)<br>v. )<br>)<br>LYDIA ADAIR MCFADDEN and CHRISTIANA )<br>CARE HEALTH SERVICES, INC., )<br>)<br>           Defendants. ) | C.A. No. 05-CV-00321 GMS<br><br>JURY TRIAL DEMANDED |

### CERTIFICATE OF SERVICE

I, Deborah J. Massaro, Esquire, do hereby certify that on this 24th day of October, two copies of **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** were served via electronic filing and delivered U.S. First Class Mail, postage prepaid upon the following:

Richard R. Wier, Jr., Esquire
Law Offices of Richard R. Wier, Jr., P.A.
Two Mill Road
Suite 200
Wilmington, DE 19806

Nelson Levin, Esquire
Kats, Jamison, Van Der Veen &
  Associates
25 Bustleton Pike
Feasterville, PA 17044

**WHITE AND WILLIAMS LLP**

  /s/ Deborah J. Massaro
JOHN D. BALAGUER (#2537)
DEBORAH J. MASSARO (#4280)
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
302-467-4526
*Attorneys for defendants Lydia A.
McFadden and Christiana Care
Health Services, Inc.*

WILDMS 131915v.1