Kimbra Criswell

29

```
1      Q.    Okay, and how often does it occur today?

2      A.    Two to three times a week.

3      Q.    And who are you seeing for that now?

4      A.    Dr. Duwanjee.

5      Q.    And what is the treatment now?

6      A.    All I can do is take my meds for the pain and

7   physical therapy.

8      Q.    And how often do you go to physical therapy?

9      A.    Twice a week.

10     Q.    And that's in Arizona?

11     A.    Yes.

12     Q.    And where is that?  What is the name of the

13  physical therapy place?

14     A.    Endurance Rehabilitation.

15     Q.    What city?

16     A.    Scottsdale.

17     Q.    And Dr. Duwanjee is the one who has prescribed

18  that physical therapy for you?

19     A.    Yes.

20     Q.    And the cold and purple, is it the same -- you

21  say it happens now two to three times weekly, and

22  before initially it was two to three times daily.  Is

23  that correct?

24     A.    Yes.
```

Kimbra Criswell                                          30

1    Q.    Is it the same today as it was initially?

2              MR. LEVIN:    Could you rephrase --

3    Q.    Sure.  In terms of, you said to me earlier that

4    it was cold and purple from about the knee down

5    initially.  And you went to the hospital for that

6    because it was cold and purple.  What I'm asking is --

7    and you said that happened two to three times a day

8    when you were in the hospital, and then you said it

9    happens now two to three times a week.  What I want to

10   know is, the cold and purple, is it the same thing

11   from the knee down, is it cold and purple the same as

12   it was initially?

13   A.    Yes.

14   Q.    And do you see any other physicians other than

15   Dr. Duwanjee for that?

16   A.    Not at this time.

17   Q.    Have you had any other hospitalizations

18   regarding this incident, other than the one in August

19   of '02?

20   A.    No.

21   Q.    Have you had any surgery regarding this

22   incident?

23   A.    No.

24   Q.    Now, there came a time when you had a fracture

1    in November of '02.  And the complaint indicates that

2    sometime in November you stepped off a curb, a normal

3    size curb.  Where did that occur?

4        A.    Parking lot of Applebee's.

5        Q.    And what were you doing?

6        A.    Going to get in the car.

7        Q.    And when was this?  What time of day?

8        A.    9:00 at night.

9        Q.    And had you had any pain in your toes in that

10   area prior to this incident?

11       A.    It hurt all the time.

12       Q.    And had you had any x-rays for a potential

13   break prior to this incident?

14       A.    Yes.

15       Q.    And who ordered those x-rays?

16       A.    Dr. DiPretoro.

17       Q.    And what were the results --

18       A.    Negative.

19       Q.    -- if you remember.  Okay.  And after this

20   incident, what did you do?

21       A.    Called --

22       Q.    Well, actually, what happened?  Could you

23   describe what happened first?

24       A.    Came out of the restaurant and went to get in



1    the car and stepped left foot first off the curb, and

2    felt a crack immediately and pain.

3        Q.    So this was additional pain to what you were

4    already experiencing?

5        A.    The RSD makes it that way.

6        Q.    Like, for example, like right now, are you in

7    pain?

8        A.    Yes.

9        Q.    Is it a constant pain?

10       A.    Yes.

11       Q.    And has a doctor told you that that's

12   attributable to the RSD?

13       A.    Yes.

14       Q.    What doctor told you that?

15       A.    Dr. Gelman, Dr. Daitch, Dr. Bellis,

16   Dr. Reynolds, Dr. Duwanjee.

17       Q.    Wait, okay.  I got "Ronji," who was after

18   "Ronji"?

19       A.    Dr. Duwanjee.

20       Q.    Duwanjee, okay.  Anyone else?

21            MR. LEVIN:  You want to read back the

22   recitation of doctors?

23            (The requested portion was read.)

24       A.    Dr. Grabow.

Kimbra Criswell

33

1       Q.    Okay, let's go back over that list, because I

2    want to know where each of these doctors, where

3    they're located, okay?

4       A.    Okay.

5       Q.    You seem to have it in your head, so let's

6    start with the first doctor.  If you could just name

7    the doctor and name where they're at.

8       A.    Dr. DiPretoro, Newark, Delaware.

9       Q.    And I know Dr. Gelman.  But who else?  And I

10   know Dr. Duwanjee, the last one that you named.  But

11   Gray --

12      A.    Dr. Grabow is at Johns Hopkins.

13      Q.    Okay, how long, how many times did you see

14   Dr. Grabow?

15      A.    Just once.

16      Q.    And who else?

17      A.    Dr. Reynolds and Dr. Daitch are both in Fort

18   Myers, Florida.  Dr. Bellis is in Cape Coral, Florida.

19      Q.    And the other doctor in Fort Myers, Reynolds

20   and what was the other doctor, how do you spell that

21   name?

22      A.    Which name?

23      Q.    Reynolds and whoever else it was in --

24      A.    Daitch, D-a-i-t-c-h.



WILCOX & FETZER LTD.
Registered Professional Reporters

Kimbra Criswell                                      34

1    Q.    What type of doctor is Dr. Grabow?

2    A.    He is an anesthesiologist pain specialist.

3    Q.    Okay, how about Reynolds?

4    A.    Orthopedic surgeon.

5    Q.    Daitch?

6    A.    Pain management specialist.

7    Q.    And Bellis?

8    A.    Podiatrist.

9    Q.    Now, when you went to Johns Hopkins, what did

10   they tell you there?

11   A.    They told me that I eventually would get to the

12   point where I could walk without the brace, and then I

13   would have to wean myself off the crutches, but that I

14   needed to continue taking the medicines.  He

15   prescribed a new medicine, and said that I would never

16   run again.  I would get to the point where I could

17   walk unaided but never run.

18   Q.    And how long did you wear the brace?

19   A.    Which brace?

20   Q.    The first one that you had I believe was called

21   a MAFO.

22   A.    Um-hum.

23   Q.    How long did you wear that?

24   A.    Three to four months.

Kimbra Criswell

35

1          MR. LEVIN:  And to be clear, the MAFO

2    brace is the type of brace that we would see at the

3    beginning of "Forest Gump" or one of Jerry's Kids,

4    that type of brace?  Is that right?

5          THE WITNESS:  Yeah, it's a hard plastic

6    Forest Gump-like brace.

7    Q.    All right.  Now, during that time you were

8    non-weight bearing or weight bearing?

9    A.    I was non-weight bearing at the beginning, and

10   then through physical therapy I started to be able to

11   weight bear a little bit.

12   Q.    And then you said other braces.  What other

13   braces did you use?

14   A.    I had a big walking boot.

15   Q.    When was that?

16   A.    After the MAFO brace.

17   Q.    Immediately after?

18   A.    I had it prior to and then after, and then when

19   I fractured my foot I wore it also.

20   Q.    And how long did you wear that?

21   A.    At which time?

22   Q.    Well, first, immediately after the MAFO.

23   A.    I wore it for about three months.

24   Q.    And then you said when you fractured your foot

1    you wore it as well.  That wasn't the same time as

2    this?

3        A.    That's what I was answering there, because that

4    was after the MAFO.

5        Q.    Okay.  Then did you wear it again?

6        A.    After I fractured my foot?

7        Q.    No, I understand that that's what this is.  You

8    said which time, so what other time did you wear it?

9        A.    I wore it after the first cast was off, before

10   I got the MAFO.

11       Q.    Okay, got it.  So did you wear it any time

12   after the foot fracture and after you wore it for

13   that, the three months there, did you wear a brace

14   ever again after that?

15       A.    No.

16       Q.    And did you have physical therapy after that?

17       A.    Yes.

18       Q.    And when was that?

19       A.    In January of '03.

20       Q.    And why was that?

21       A.    It's part of the treatment for RSD.

22       Q.    Was there a break in between?

23       A.    I was not in physical therapy while the

24   fracture was healing.



1   Q.   So that's what represents that break.

2   A.   Yes.

3   Q.   Have you been in physical therapy since January

4   then, or since the time of this incident, have you

5   been in physical therapy in some form or fashion?

6   A.   Yeah.   There's been, there's been some breaks.

7   Q.   In physical therapy?

8   A.   Yes.

9   Q.   And when would those be?

10  A.   Well, the past two months I haven't been in,

11  waiting for clearance for it to be paid for.   When I

12  go back to Phoenix I have eight more weeks of physical

13  therapy.

14  Q.   And is that through worker's comp?

15  A.   Yes.

16  Q.   In 1993 you had surgery for an accessory

17  navicular coalition.   Who did that surgery?

18  A.   Dr. DeThomas.

19  Q.   And where was that at?

20  A.   Lewistown, Pennsylvania.

21  Q.   Was that at Lewistown Hospital?

22  A.   Yes.

23  Q.   And what were your symptoms before that, before

24  the surgery?

Kimbra Criswell                                    38

1    A.    It was irritated when I played soccer, because

2    it was on the inside of my foot.

3    Q.    Was that on the left or right foot?

4    A.    Left foot.

5    Q.    And how did you recover from that surgery?

6    A.    I was on crutches for about 10 days.

7    Q.    And did you have any other problems with it?

8    A.    No.

9    Q.    Have you had any other work-related injuries?

10   A.    Yes.

11   Q.    And could you describe them for me?

12   A.    The back injury.

13            MR. LEVIN:   You described that one

14   already.

15            THE WITNESS:   Described that.

16   Q.    Anything else?

17   A.    No.

18   Q.    Did you have any other symptoms, other than

19   what you've described to me today, in terms of the

20   foot turning cold and purple and the pain that you

21   experienced immediately thereafter, any other

22   symptoms?

23   A.    Yes, sometimes it's hot and red.

24   Q.    And is that the same area?

1    A.    Yes.

2    Q.    Anything else?

3          MR. LEVIN:   You're asking --

4    A.    Numbness.

5          MR. LEVIN:   Go ahead.

6    A.    Tingling, burning.

7    Q.    And how often does any of that occur?

8    A.    It feels like that all the time.

9    Q.    So you have the pain, the numbness, the

10   tingling and the burning all at the same time?

11   A.    Um-hum.

12         MR. LEVIN:   I believe somewhere in the

13   records there's a hypersensitivity to touch.  Is that

14   correct?

15         THE WITNESS:   Yeah.  It hurts to put a

16   sock on.

17         MS. MASSARO:   Yeah, let's let her, though,

18   her memory.

19         MR. LEVIN:   It's all in the record.

20         MS. MASSARO:   I know you're trying to

21   help, I understand totally.

22         MR. LEVIN:   It's all in the records.

23   BY MS. MASSARO:

24   Q.    Did you experience anything else related to the

1    foot or heel as a result of this incident?

2    A.    I don't understand.

3         MR. LEVIN:   What, yeah, what --

4    Q.    Any other symptoms, any other problems related

5    to this incident?

6         MR. LEVIN:   That she experiences now?

7    Q.    That you've experienced since the incident.

8    A.    Well, yeah, I couldn't walk for a long time,

9    and it's affected my life.   I couldn't work.

10   Q.    I understand that.   But I'm talking about in

11   terms of physical, anything else, other than the

12   things that you've described?

13   A.    You mean other than the symptoms that I just

14   listed?

15   Q.    Yes, yes.

16   A.    There's the sensitivity to touch too; the

17   nerves twitch; my toes jump by themselves.

18   Q.    Anything else?

19   A.    Ongoing pain.

20   Q.    So today is your treatment for this then the

21   medication and the physical therapy a few times a

22   week; is that correct?

23   A.    Yes.   There's nothing else that can be done for

24   the RSD.

Kimbra Criswell                                                41

1      Q.    Do you wear special shoes?

2      A.    Yes.

3      Q.    And what are they?

4      A.    I have orthotics and I have to wear extra-wide

5   shoes.

6      Q.    And how often do you wear the orthotics?

7      A.    I was wearing them every day, and now I get the

8   new ones when I go back to Phoenix.

9      Q.    So do you typically, like, for example, today,

10  you don't have orthotics on.  Do you typically have

11  orthotics on every day?

12     A.    Until the doctor told me to stop wearing them,

13  yes.

14     Q.    When did the doctor tell you to stop wearing

15  orthotics?

16     A.    In May.  And I get the new ones when I go back,

17  a different type.

18     Q.    And how long have you worn orthotics for?

19     A.    I got them in July of '03.

20     Q.    And who ordered them?

21     A.    Dr. Bellis.

22     Q.    And do you do any home exercises, aside from

23  your physical therapy?

24     A.    I do sit-ups.

1    Q.    And you mentioned earlier that you had some

2    breaks throughout.  Did you do home exercises during

3    any of those breaks from physical therapy?

4    A.    I am supposed to stretch.  I stretch.

5    Q.    Is that stretch the Achilles, the tendo

6    Achillis?

7    A.    Um-hum.

8    Q.    And do you do that?

9    A.    Yes.

10    Q.    And how often do you do that?

11    A.    Once a day.

12    Q.    And again, in relationship to physically any

13    other, any other complaints as a result of this

14    incident?  Do you have any other --

15    A.    You mean symptom-wise, life-wise?  I don't

16    understand the question.

17    Q.    In terms of physically, do you have any other

18    complaints as a result, any other physical complaints

19    as a result of this incident?

20              MR. LEVIN:  You can talk about life-wise.

21    Q.    Well, that's not what I'm asking.  I'm asking,

22    what I'm trying to ascertain, you filed a complaint

23    against Christiana Care for injuries.  I'm trying to

24    ascertain what injuries, what your injuries are.

1    A.    Well, I'm stuck with the RSD for the rest of my

2    life.

3    Q.    Anything else?

4    A.    The pain, and all the symptoms that go with the

5    RSD that I previously listed.

6    Q.    Right, and I have all that.  And what I'm

7    asking, is there anything else, any other injuries

8    that you attribute to this incident?

9    A.    Yeah, my left knee, I have IT band syndrome.

10   Q.    Okay, and when were you first diagnosed with

11   that?

12   A.    A little over a year ago.

13   Q.    And who diagnosed you with that?

14   A.    Dr. Duwanjee.

15   Q.    When did you first report to him with pain in

16   your knee?

17   A.    When I moved to Phoenix, transferred my care

18   there.

19   Q.    So that was then in January --

20   A.    I had said my knee hurt all along.  Worker's

21   comp finally agreed to pay for him to evaluate my

22   knee.

23   Q.    Who did you tell that your knee hurt?

24   A.    Dr. Bellis.



1   Q.   And where is Dr. Bellis again?  I forgot.

2   A.   Cape Coral, Florida.

3   Q.   I know you told me that.  Okay.  Is that the

4   first time that you reported it to a doctor is in

5   Florida?

6   A.   No.

7   Q.   When was the first time you reported the left

8   knee pain to a doctor?

9   A.   That was doctor, Dr. Reynolds.

10  Q.   And when was that?  What year?

11  A.   Beginning of '03.

12  Q.   And did Dr. Reynolds relate it back to this

13  incident?

14  A.   Yes.

15  Q.   And what did he suggest that you do for it?

16  A.   I needed to get it evaluated, which he said

17  he'd be more than happy to do, but worker's comp would

18  not agree to, wouldn't agree to have it paid for.

19  Q.   So worker's comp sent you to who?

20  A.   They drug their feet for over a year until

21  Dr. Duwanjee evaluated my knee.

22  Q.   And what did Dr. Duwanjee suggest?

23  A.   An MRI.

24  Q.   And what did that show or what did he tell you

1    that that showed?

2        A.    The MRI, as far as I know, was negative.  But

3    symptom-wise it was obvious that I had the IT band

4    syndrome.  It doesn't always show in the MRI.

5        Q.    And who diagnosed you with the IT band syndrome

6    then?

7        A.    Dr. Duwanjee.

8        Q.    And what did he suggest that you do for that?

9        A.    Physical therapy.  He also suggested surgery,

10   which I denied.

11       Q.    And why did you deny surgery?

12       A.    Because of the chance of it really flaring up

13   the RSD and making my leg a lot worse than it already

14   is.

15       Q.    And the physical therapy that you're having two

16   days a week, is that for the knee then?

17       A.    It's for the entire leg, to keep the entire leg

18   strong, get it stronger.

19       Q.    Any other complaints, physical complaints

20   regarding the incident, other than now your left knee

21   and the RSD, anything else?

22       A.    No.

23       Q.    Who is your general practitioner or your GP

24   doctor now?



Kimbra Criswell

46

1    A.    I just use my GYN.

2    Q.    And who is that?

3    A.    Dr. Trachtenberg.

4    Q.    And how do you spell that?

5    A.    T-r-a-c-h-t-e-n-b-e-r-g.

6    Q.    And where is Dr. Trachtenberg, what city?

7    A.    Phoenix.

8    Q.    Phoenix, okay.  Other than Dr. Trachtenberg and

9    Dr. Duwanjee, who are you seeing now?  Is there anyone

10   else that you're seeing now?

11   A.    No.

12   Q.    And the doctors that you named earlier, the

13   several doctors that we discussed a few moments ago,

14   has any other doctor treated you for this, for your

15   leg?

16   A.    Do I need to go over the list or --

17   Q.    No, not at all.  We've already got that on the

18   record, so don't worry.  Your memory is excellent, by

19   the way.

20          But anyway, other than those, anyone else?

21   A.    No.

22          MS. MASSARO:  Let me just go off the

23   record for a minute.

24   BY MS. MASSARO:

1    Q.    Now I'm just going to go over your responses to

2    interrogatories.  That's generated some questions, and

3    then we're pretty much done, okay?

4                MR. LEVIN:  Can I use the men's room for

5    one sec?

6                (A short recess was taken.)

7    BY MS. MASSARO:

8    Q.    We'll go back on the record.

9                First, I guess we'll just start with this.

10    This is going to jump around a bit.  I'm going to go

11    through your interrogatory responses and ask just a

12    few questions to fill in some gaps that I have.

13                First, with regard to your tax returns

14    that we received, we only received one year and that

15    was for the year 2001, and that was for $48,208.  That

16    was the total.  Now, that year, was that the year that

17    the incident occurred?

18    A.    No.

19    Q.    Okay, that was the year before then.

20    A.    Correct.

21    Q.    Okay.  Have you provided any other tax returns

22    to your attorney?

23    A.    Uh-uh.

24    Q.    Could you say no for the record?

Kimbra Criswell                                48

1      A.    No.

2      Q.    Okay, thanks.  Could you provide your tax

3   returns to your attorney then for the five years prior

4   to and the years up until now as well?

5      A.    Yes.

6      Q.    Just for myself, for my understanding, I'm just

7   going to go back.  In 1997 you were 19 years old.

8   Where did you work during that time, or did you?

9      A.    I worked for PennDOT during the summer.

10     Q.    Is that the only income that you would have

11  that year?

12     A.    Yes.

13     Q.    And what did you make there, approximately, if

14  you remember?

15     A.    Not much.

16     Q.    Okay, I can imagine.  If you remember your

17  hourly rate.

18     A.    I don't remember the hourly rate.

19     Q.    Okay, if not, that's fine.  In '98 you were 20

20  years old.  Where did you work there?  When did you

21  work that year?

22     A.    I did not work that year.

23     Q.    Okay, how about '99 when you were 21?

24     A.    I worked for Geisinger Medical Center.

1      Q.    What did you do there?

2      A.    I was an x-ray tech.

3      Q.    And was that full time?

4      A.    No.

5      Q.    How much of the year did you work there?

6      A.    It was per diem.  I worked a day here and a day

7   there.

8      Q.    So do you know how much you worked total that

9   year?

10     A.    I worked -- I started in February and I worked

11  through December, but I filled in as needed.

12     Q.    How about the year 2000 when you were 22?

13     A.    I worked the first two months at Geisinger, and

14  then I moved to Naples, Florida.

15     Q.    And did you work there?

16     A.    Yes.

17     Q.    What did you do there?

18     A.    I was an x-ray tech.

19     Q.    And was it the same thing, per diem, as you did

20  at Geisinger?

21     A.    No, I signed a seasonal contract with the

22  hospital to work full time.

23     Q.    So when did you start working full time in the

24  year 2000?

1    A.    Third week of February.

2    Q.    And then did you work for the rest of that year

3    full time?

4    A.    I worked for that hospital until September, and

5    then I was off for two weeks, and then I started for

6    Aureus.  It was all full time.

7    Q.    And then that would have gone into the next

8    year, which we do have.

9    A.    Correct.

10    Q.    That one we have.  Then the year I guess, the

11    2002 tax return, which would be for the year of the

12    incident, did you work any time after May of '02?

13    A.    No.

14    Q.    And do you have any memory of what you earned

15    up until that point of that year?

16    A.    I have no idea.

17    Q.    We'll just look at your earnings, that's fine.

18              MR. LEVIN:  What were you earning per

19    hour --

20              THE WITNESS:  I was making 25 an hour.

21              MR. LEVIN:  -- for Aureus?

22              THE WITNESS:  For Aureus.

23    Q.    And did you work full time?

24    A.    Yes.



Kimbra Criswell                                    51

1    Q.    Now the next year, 2003, did you work at all?

2    You were 25 at that time, I think.

3    A.    I started as a nanny in September.  I was

4    unable to find a four-hour-a-day X-ray tech job.

5    Q.    And as a nanny, who did you work for?

6    A.    Can't think of her name.  I can't think of

7    their name.

8    Q.    Okay, did you work directly for the family?

9    A.    Yes.

10    Q.    Or did you go through an agency?

11    A.    For the family.

12    Q.    Could you provide your attorney with the name

13    of the family later?

14            MR. LEVIN:  Sure.

15    A.    I'll think of it.

16    Q.    Okay.  You have a good memory.  I'm going to

17    give you a minute.

18            MR. LEVIN:  Off the record.

19            (Discussion held off the record.)

20    A.    I got it.

21    Q.    Okay.  You should be a lawyer.

22    A.    Perry.

23    Q.    That's the last name of the family, P-e-r-r-y?

24    A.    Yeah, um-hum.

1    Q.    First name?

2    A.    Heather.

3    Q.    And do you know the husband's name?  How about

4    the children, how many children were there?

5    A.    Conner; she was pregnant with the second one.

6    Q.    Okay.  And how old was Conner?

7    A.    Sixteen months.

8    Q.    And was it a full-time nanny or --

9    A.    No, four hours a day.

10   Q.    And how long did you do that?

11   A.    Three months.

12   Q.    Any other work the year of 2003?

13   A.    No.

14   Q.    Did you do any work moving boxes, where you had

15   to move boxes as part of your job?

16   A.    I helped empty boxes.

17   Q.    And where was that at?

18   A.    With the Perrys.

19   Q.    Was that in terms of them moving or something?

20   A.    They had moved, yeah.

21   Q.    And no other employment then in 2003?

22   A.    I think I worked the last couple of weeks for

23   my ex, which then I did through March.

24   Q.    So when did you begin?  What type of work was

1    that, first of all?

2      A.    I was a receptionist.

3      Q.    Okay, at what type of company?

4      A.    He owned a flooring company.

5      Q.    What was the name of it?

6      A.    Floor Depot.

7      Q.    And when did you start?

8      A.    I think it was right before Christmas.

9      Q.    And then stayed through March; is that correct?

10     A.    Yes.

11     Q.    And what were some of the job duties there as a

12   receptionist?

13     A.    I answered the phone and greeted customers.

14     Q.    And were you paid there, actually?

15     A.    Yes.

16     Q.    Do you remember what you were paid?

17     A.    Six bucks an hour.

18     Q.    Going back to when you were a nanny, were you

19   paid there, and obviously you were?

20     A.    Yes.

21     Q.    How much were you paid there?

22     A.    Six bucks an hour.

23     Q.    Now, was that reported on your income tax or

24   was that unreported income?

1    A.    I filed that year, because I know that they

2    wrote off their --

3    Q.    Okay.  Now the next year, 2004, that's when you

4    started working at Floor Depot, I guess.  Is that

5    correct, or --

6    A.    That's incorrect.

7    Q.    When did you start working at Floor Depot?

8    A.    From December of '03 through March of '04.

9    Q.    All right, then the next tax year, 2004, which

10   would have been 2003 -- well, actually, we just went

11   over that.  What did you do the next year, which would

12   be --

13   A.    After March?

14   Q.    Yes.

15   A.    Nothing.

16   Q.    Through the end of the year?

17   A.    I moved back to Pennsylvania.  I was unable to

18   find an x-ray tech job.

19   Q.    And then when did you work again?  When is the

20   first time you worked again?

21   A.    April of '05.

22   Q.    And what were you doing then?

23   A.    Part-time x-ray tech.

24   Q.    Where at?



1    A.    Valley Radiologists.

2    Q.    And where is that?

3    A.    Phoenix, Arizona.

4    Q.    Is that where you're at to this day?

5    A.    Yes.

6    Q.    And how often do you work?

7    A.    I now work three days a week as a trial.

8    Q.    How long have you been doing that for?

9    A.    Five weeks, six weeks.

10    Q.    And how is that going?

11    A.    Okay.

12    Q.    And what were you working prior to that?

13    A.    Five days a week, four hours a day.

14    Q.    And now you're working three days a week?

15    A.    Yes.

16    Q.    Are you working longer days?

17    A.    Yes.

18    Q.    So that's the trial part is that you're working

19    longer days?

20    A.    Yes.

21    Q.    And so you've gradually worked up to this three

22    days a week.  How long are you working each day?

23    A.    Eight hours, Monday, Wednesdays and Fridays, so

24    I have a day in between.



1    Q.    And I think you said in your interrogatories,

2    what are you earning now?

3    A.    Twenty-three something.

4    Q.    I think that covers it.

5          And we're going back to your interrogatory

6    responses.  No. 2, you indicate that 10 minutes

7    following the accident you spoke with Fred.  Who is

8    Fred?  I know it looks like you don't know Fred's last

9    name.  But who is he?  What is his title?

10   A.    As far as I know, he is a nurse.

11   Q.    In what area?

12   A.    In the operating room.

13   Q.    So had you made it all the way to the operating

14   room then that day with the machine?

15   A.    No.

16   Q.    Where exactly in the hospital were you when the

17   incident occurred?

18   A.    In the hallway outside of an operating room.

19   Q.    So you had gone from -- where did you begin

20   your journey when you went, you were going to the

21   operating room, where did you start in the hospital

22   with the x-ray machine?

23   A.    There's a room where the processor is, the

24   x-ray processor is with --

Kimbra Criswell                                    57

1    Q.    What floor?

2    A.    Second floor within the operating room suite.

3    The machine is kept around the corner from there.

4    Q.    I see.  So you were actually in the operating

5    room suite then when this occurred?

6    A.    Yes.

7    Q.    And Fred is an OR nurse?

8    A.    Yes.

9    Q.    Do you know whether he was a circulating nurse?

10   A.    I would say yes.

11   Q.    And what was the substance of your conversation

12   with him?

13   A.    He had asked why I was walking the way I was,

14   limping, you know, because I wasn't, you know, that

15   morning.  And I told him that I had hurt my leg, and

16   he said that I should probably go to PACU and get some

17   ice.

18   Q.    And did he say anything else?

19   A.    No.

20   Q.    Did you have any other conversation with him or

21   anyone else at Christiana about the incident, other

22   than your Employee Health, obviously?

23   A.    A lady named Cindy got me the ice in PACU.

24   Q.    Anyone else?



Kimbra Criswell                                              58

1    A.    No.

2    Q.    And since this event occurred, other than the

3    medical care, have you spoken with anyone at

4    Christiana Care regarding this event, regarding the

5    incident?

6    A.    No.

7    Q.    Did you speak with Dawn Spitnik about it?

8    A.    Yes.

9    Q.    When was that?

10    A.    When I went downstairs for lunch.

11    Q.    On the day of the incident?

12    A.    Um-hum.

13    Q.    And what was the substance of that

14    conversation?

15    A.    Lydia had already explained to her what had

16    happened, and she suggested I go to Employee Health.

17    Q.    And did you ever talk to Dawn about it again?

18    A.    When I came back upstairs from Employee Health

19    and got my x-rays.  That was -- she knew that I had

20    the x-rays, but that was it.

21    Q.    And any other phone conversations or anything

22    like that?  I realize --

23    A.    No.

24    Q.    -- you didn't go back.  I know you didn't go

1    back, but did you ever talk with her on the phone

2    after this incident?

3        A.    No.

4        Q.    Anyone else from Christiana Care, did you speak

5    with anyone else from Christiana Care after this

6    incident?

7        A.    The nurses that were caring for me in August.

8        Q.    Sure.

9        A.    The doctors.

10       Q.    But anyone else in any type of an official

11   capacity regarding this incident?

12       A.    No.

13       Q.    These photographs that I showed you earlier and

14   that have been marked as an exhibit, I have copies and

15   I know we'll get the actual photos.  Are there any

16   other photographs that you have relating to this

17   incident?

18       A.    Yes.

19       Q.    What are they of?

20       A.    My foot.

21       Q.    And when were they taken?

22       A.    On different dates throughout a year and a

23   half, almost two years.

24       Q.    Beginning immediately after the incident or

Kimbra Criswell

60

1    recently?

2        A.    They were beginning in July of '02.

3        Q.    Do you have those photographs in your

4    possession?  Not today, but in general.

5        A.    Yes.

6        Q.    And are they color photographs?

7        A.    Yes.

8        Q.    Approximately how many photographs are there?

9        A.    Seventy-five to 100.

10       Q.    And --

11       A.    I have an album.

12       Q.    What are they of?  I know they're of your foot,

13   but what exactly?

14       A.    Showing the color changes --

15       Q.    And are they dated?

16       A.    -- and the swelling.  Yes.

17       Q.    And do they have times?

18       A.    No times.

19       Q.    Have you provided a copy of those to your

20   attorney?

21       A.    Most of them, yeah, he got them.

22             MS. MASSARO:  I would like a copy of those

23   as well.

24             MR. LEVIN:  Sure, sure.