# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

KIMBRA CRISWELL,                                  )
                                                  )
                    Plaintiff,                    )
                                                  )    C.A. No.  05-CV-00321 GMS
          v.                                      )
                                                  )
LYDIA ADAIR MCFADDEN and CHRISTIANA )
CARE HEALTH SERVICES, INC.,                       )    JURY TRIAL DEMANDED
                                                  )
                    Defendants.                   )


## DEFENDANTS' APPENDIX TO THEIR OPENING BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

### PAGES A000089 – A000094

### FILED UNDER SEAL


**WHITE AND WILLIAMS LLP**


_____ /s/  Deborah J. Massaro_____
JOHN D. BALAGUER (#2537)
DEBORAH J. MASSARO (#4280)
WILLIAM L. DOERLER (#3627)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
302-467-4526
*Attorneys for defendants Lydia A.*
*McFadden and Christiana Care*
*Health Services, Inc.*

Date: October 24, 2006

WILDMS 137297v.1

FILED UNDER SEAL

A000089

FILED UNDER SEAL

A000090

FILED UNDER SEAL

A000091

FILED UNDER SEAL

A000092

FILED UNDER SEAL

A000093

# FILED UNDER SEAL

A000094