IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-00321 GMS |
| LYDIA ADAIR MCFADDEN and CHRISTIANA CARE HEALTH SERVICES, INC., | : JURY TRIAL DEMANDED |
| Defendants. | : |

## STIPULATION

IT IS stipulated by and between the attorneys for the parties in the above captioned case that:

1. Plaintiff's Answering Brief in Response to Defendants' Motion for Summary Judgment is extended to December 4, 2006.

2. Defendants' Reply Brief and Affidavits, if any, is extended to and will be due on or before December 18, 2006.

3. The grounds for the request for an extension are that a deposition of Defendant's employee, Dawn Shutak, has not taken place. Due to an initial misidentification of the hospital employee by Plaintiff; the

trial calendar of Plaintiff's counsel and the coordination of schedules, this deposition had to be scheduled after the discovery deadline, or November 21, 2006. Plaintiff maintains that the transcript of this deposition is necessary in order to file his Answering Brief and that deposition is scheduled for November 21, 2006.

| | |
|---|---|
| RICHARD R. WIER, JR., P.A. | WHITE and WILLIAMS LLP |
| *(signature)* | *(signature)* |
| Richard R. Wier, Jr. (#716)<br>Two Mill Road, Suite 200<br>Wilmington, DE 19806<br>(302)888-3222 | Deborah J. Massaro (#4280)<br>824 North Market Street, Suite 902<br>Wilmington, DE 19899<br>(302)467-4501 |

Of Counsel:
Michael T. van der Veen, Esq.
Nelson Levin, Esq.
KATS, JAMISON, VAN DER VEEN & ASSOCIATES
25 Bustleton Pike
Feasterville, PA 19053
(215)396-9001

    SO ORDERED this _____ day of _____, 2006.

                                                  _____
                                                  The Honorable Gregory M. Sleet
                                                  Judge, District Court for The
                                                  District of Delaware