IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBRA CRISWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-321-GMS |
| | : | |
| LYDIA ADAIR MCFADDEN, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **27th** day of **November, 2006**,

IT IS ORDERED that the mediation conference scheduled for Friday, December 8, 2006 at 10:00 a.m. is canceled. This matter is second in line for March 9, 2007 and March 23, 2007, should either of those dates become available.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE