IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL<br><br>Plaintiff,<br><br>v.<br><br>LYDIA ADAIR MCFADDEN and<br>CHRISTIANA CARE HEALTH<br>SERVICES, INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:  C.A. No. 05-00321 GMS<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>: |

## RENEWED STIPULATION

IT IS stipulated by and between the attorneys for the parties in the above captioned case, subject to the approval of the Court, that:

1. Plaintiff's Answering Brief in Response to Defendants' Motion for Summary Judgment is extended to December 11, 2006.

2. Defendants' Reply Brief and Affidavits, if any, is extended to and will be due on or before January 5, 2007.

3. The grounds for the request for this additional extension are that Plaintiff's attorney, Nelson Levine, Esq. has just been called to trial in Philadelphia Court of Common Pleas in Donovan v. Valless, Sept 05-0056 which begins today November 28th and runs through this week. The aforesaid case was in a trial pool as is the practice in Pennsylvania state courts. The deposition of Dawn Shatuck has been taken. Mediation in this case is now scheduled for either March 9th or March 23rd, 2007.

RICHARD R. WIER, JR., P.A.

*/s/ Richard R. Wier*

Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222

WHITE and WILLIAMS LLP

*/s/ Deborah J. Massaro*

Deborah J. Massaro (#4280)
824 North Market Street, Suite 902
Wilmington, DE 19899
(302)467-4501

Of Counsel:
Michael T. van der Veen, Esq.
Nelson Levin, Esq.
KATS, JAMISON, VAN DER VEEN & ASSOCIATES
25 Bustleton Pike
Feasterville, PA 19053
(215)396-9001

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet
Judge, District Court for The
District of Delaware