**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KIMBRA CRISWELL, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-CV-00321 GMS |
| v. | ) | |
| | ) | |
| LYDIA ADAIR MCFADDEN and CHRISTIANA | ) | JURY TRIAL DEMANDED |
| CARE HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Deborah J. Massaro, do hereby certify that on this 18th day of January, 2007, **LYDIA ADAIR MCFADDEN AND CHRISTIANA CARE HEALTH SERVICES, INC.'S MANDATORY DISCLOSURES** were noticed via electronic filing and two copies each were delivered U.S. First Class Mail, postage prepaid upon the following:

Richard R. Wier, Jr., Esquire
Law Offices of Richard R. Wier, Jr., P.A.
Two Mill Road
Suite 200
Wilmington, DE  19806

Nelson Levin, Esquire
Kats, Jamison, Van Der Veen &
 Associates
25 Bustleton Pike
Feasterville, PA  17044

**WHITE AND WILLIAMS LLP**

      /s/  Deborah J. Massaro
JOHN D. BALAGUER (#2537)
DEBORAH J. MASSARO (#4280)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
302-467-4526
*Attorneys for defendants,*
 *Lydia A. McFadden and Christiana Care*
*Health Services, Inc.*

WILDMS 140160v.1