IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL<br>    Plaintiff,<br><br>v.<br><br>LYDIA ADAIR MCFADDEN<br>    and<br>CHRISTIANA CARE HEALTH<br>SERVICES, INC.,<br>    Defendants. | C.A. No. 05-00321 GMS<br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Richard R. Wier, Jr., Esquire, do hereby certify that on this 19th day of January, 2007, two copies of Plaintiff's Response to Defendants' Motion to Preclude Plaintiff from Presenting Expert Testimony were served via electronic filing and delivered first class, postage-prepaid United States mail upon the following:

Deborah J. Massaro, Esquire
**White and Williams LLP**
824 No. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709

_____
Richard R. Wier, Jr., Esquire