IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBRA CRISWELL<br>    Plaintiff,<br><br>v.<br><br>LYDIA ADAIR MCFADDEN<br>    and<br>CHRISTIANA CARE HEALTH<br>SERVICES, INC.,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-00321 GMS<br>JURY TRIAL DEMANDED |

## ORDER

Having considered Defendants Lydia Adair McFadden and Christiana Care Health Services, Inc.'s Motion to Preclude Plaintiff from Presenting Expert Testimony and Plaintiff's Response thereto, it is hereby ORDERED this _____ day of _____, 2007, that Defendants' Motion is DENIED.

IT IS FURTHER ORDERED that the Scheduling Order is revised as follows:

Expert Discovery in this case shall be initiated so that it will be complete on or before March 15, 2007;

Expert Reports shall be served on or before January 31, 2007;

Rebuttal Reports shall be served on or before March 15, 2007.

Plaintiff will be available for an IME.

All other dates shall remain in effect.

_____
The Honorable Gregory M. Sleet