IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-321-GMS |
| | : |
| LYDIA ADAIR MCFADDEN, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **8th** day of **February, 2007**,

IT IS ORDERED that the mediation conference has been tentatively rescheduled for **Friday, March 23, 2007 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Friday, March 16, 2007.** All other provisions of the Court's May 17, 2006 Order shall remain in full force and effect.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Friday, March 9, 2007 at 10:30 a.m.** to confirm whether the mediation will go forward as scheduled for Friday, March 23, 2007. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE