IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBRA CRISWELL, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-321-GMS |
| LYDIA ADAIR MCFADDEN, | : | |
| Defendant. | : | |

### ORDER

At Wilmington this **9th** day of **March 2007.**

A status teleconference regarding mediation that was tentatively scheduled for March 23 was held with all counsel participating. As a result of that teleconference, IT IS ORDERED that the mediation tentatively scheduled for March 23, 2007 is canceled and tentatively rescheduled for **Friday, March 30 at 12:30 p.m..** As a result, the submission due date for the mediation statements is **Friday, March 23, 2007.** Further, a teleconference regarding the status of the case dispositive motion and its effect on the tentatively rescheduled mediation date is set for **Wednesday, March 21, 2007 at 4:30 p.m.** to be initiated by defense counsel.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE