IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, </br></br>    Plaintiff, </br></br> v. </br></br> LYDIA ADAIR MCFADDEN and CHRISTIANA CARE HEALTH SERVICES, INC., </br></br>    Defendants. | ) </br> ) </br> ) </br> ) C.A. No. 05-CV-00321 GMS </br> ) </br> ) </br> ) JURY TRIAL DEMANDED </br> ) </br> ) |

## STIPULATION TO DISMISS
## <u>PUNITIVE DAMAGES CLAIM</u>

The parties, through their undersigned counsel, agree that Plaintiff, Kimbra Criswell's, punitive damages claim set forth in her Complaint filed May 23, 2005 is voluntarily dismissed with prejudice.

**RICHARD R. WIER, JR., P.A.**    **WHITE and WILLIAMS LLP**

 /s/ Richard R. Wier, Jr.           /s/ Deborah J. Massaro
Richard R. Wier, Jr. (#716)       John D. Balaguer (#2537)
Two Mill Road, Suite 200          Deborah J. Massaro (#4280)
Wilmington, DE 19806              824 North Market Street, Suite 902
(302) 888-3222                    Wilmington, DE 19899
                                  (302)467-4501
                                  *Attorneys for Defendants, Lydia Adair McFadden and Christiana Care Health Services, Inc.*

Of Counsel:
Michael T. van der Veen, Esq.
Nelson Levin, Esq.
KATS, JAMISON, VAN DER VEEN & ASSOCIATES
25 Bustleton Pike
Featerville, PA 19053
(215)396-9001
*Attorneys for Plaintiff*

WILDMS 142034v.1

- 2 -

**SO ORDERED** this _____ day of _____ 2007.

_____
The Honorable Gregory M. Sleet
Judge, District Court for The
District of Delaware