IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-CV-00321 GMS |
| ) | |
| LYDIA ADAIR MCFADDEN and CHRISTIANA ) | |
| CARE HEALTH SERVICES, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

**STIPULATION TO EXTEND TIME FOR
SUBMISSION OF EXPERT REPORTS**

It is stipulated by and between the attorneys for the parties in the above captioned case, subject to the approval of the Court, that:

1. Plaintiff's Expert report deadline has been extended to January 19, 2007.

2. Defendants' Rebuttal reports are due no later than April 5, 2007.

3. The grounds for this request for an extension of time are that Plaintiff's reports were dilatory, and Defendants filed a Motion to Preclude Plaintiff from Presenting Expert Testimony on January 9, 2007. Subsequently, the parties reached an agreement whereby Defendants' neurologist and vocational rehabilitation experts will be permitted to examine the Plaintiff prior to trial, in exchange for an extension of expert report deadlines. The examinations of Plaintiff will be conducted on March 29, 2007, and rebuttal reports submitted on April 5, 2007.

4. Mediation in this case is now scheduled for March 30, 2007.

- 2 -

5. Defendants hereby withdraw their Motion to Preclude Plaintiff from Presenting Expert Testimony filed on January 9, 2007.

| | |
|---|---|
| **RICHARD R. WIER, JR., P.A.** | **WHITE and WILLIAMS LLP** |
| /s/ Richard R. Wier, Jr. | /s/ Deborah J. Massaro |
| Richard R. Wier, Jr. (#716) | John D. Balaguer (#2537) |
| Two Mill Road, Suite 200 | Deborah J. Massaro (#4280) |
| Wilmington, DE  19806 | 824 North Market Street, Suite 902 |
| (302) 888-3222 | Wilmington, DE 19899 |
| | (302)467-4501 |
| | *Attorneys for Defendants, Lydia Adair McFadden and Christiana Care Health Services, Inc.* |

Of Counsel:
Michael T. van der Veen, Esq.
Nelson Levin, Esq.
KATS, JAMISON, VAN DER VEEN & ASSOCIATES
25 Bustleton Pike
Featerville, PA 19053
(215)396-9001
*Attorneys for Plaintiff*

**SO ORDERED** this _____ day of _____ 2007.

_____
The Honorable Gregory M. Sleet
Judge, District Court for The
District of Delaware

WILDMS 142054v.1