## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-321-GMS |
| LYDIA ADAIR MCFADDEN, | : |
| Defendant. | : |

### ORDER

At Wilmington this **26th** day of **March 2007.**

IT IS ORDERED that the mediation scheduled for Friday, March 30, 2007 at 12:30 p.m. is canceled. Counsel shall contact the Magistrate Judge on April 11, 2007 to see if a date has opened up for mediation prior to the trial. If something should become available before April 11, 2007, the Court shall contact counsel.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE