JAN-22-2007(MON) 15:43    Katz, Jamison, Van Der Veen    (FAX)215 396 8388    P.003/004

01/19/2007 FRI 15:20  FAX 602 254 8835 MEDPRO ORTHO ADMIN DEPT    ☏002/003

# Sumit Dewanjee, MD

| OFFICE ADDRESS | E-MAIL | PERSONAL ADDRESS |
|---|---|---|
| Maricopa Health System | onepoint1@att.net | 7301 E 3rd Ave #413 |
| Department of Orthopaedics | | Scottsdale, AZ 85251 |
| 2601 E. Roosevelt St. | VOICE MAIL/CELL | |
| Phoenix, AZ 85008 | 602 540 7512 | |

## EDUCATION & TRAINING

**Cornell University, Ithaca NY**
  Undergraduate, Anatomy and Physiology Major, Philosophy Minor
**University of Miami School of Medicine, Miami, FL**
  Medical Schoool, MD, May 8, 1998
**Southern Illinois University School of Med. Orthopaedic Residency, Springfield, IL**
  Orthopaedic Surgery Resident, July 1, 1998 – June 30, 2000
**Phoenix Orthopaedic Residency Program, Phoenix, AZ**
  Orthopaedic Surgery Resident, July 1, 2000 – June 30, 2003
**OASIS Sports Fellowship, San Diego, CA**
  Orthopaedic Sports Surgery Fellow, completed July 31, 2004
assistant team physician for San Diego Chargers, OMBAC Rugby, Riptide Arena Football, USD Soccer and Basketball, Point Loma N. University, multiple local high school football teams in San Diego County

## RESEARCH ACTIVITY

1. "Effectiveness of Donor Site Grafting in Preventing Patella Infera Following Patellar Tendon Harvesting in a Rabbit Model." Selected for *Housestaff Achievement Grant*, MIHS, 2001.
2. "Semitendinosus Allograft in Coracoclavicular Reconstruction following Acromioclavicular Dislocations." Ongoing research, MIHS, Phoenix, Arizona
3. "Widespread hemodynamic depression and focal platelet accumulation after fluid percussion brain injury: a double-label autoradiographic study in rats." *Journal of Cerebral Blood Flow and Metabolism*, May 1996, pp. 481-489.
4. "Acadesine Reduces Indium-Labeled Platelet Deposition After Photothrombosis of the Common Carotid Artery in Rats." *Stroke*, January 1995, Vol. 26, pp. 111-116.
5. "Transient Platelet Accumulation in the Rat Brain After Common Carotid Artery Thrombosis: An In-111 Platelet Study." *Stroke*, October 1993, Vol. 24, pp. 1534-1539.
6. "Distribution of Indium-111 Labeled Platelet Emboli in the Rat Brain Following Common Carotid Artery Thrombosis." *University of Miami School of Medicine Summer Student Poster Presentation*, August 1992.

## HONORS & AWARDS

| | |
|---|---|
| July 2003 | Silver Award for performance in Musculoskeletal Anatomy of upper & lower extremity |
| December 2001 | Silver Award for performance in Musculoskeletal Anatomy of lower extremity |
| December 2002 | Gold Award for performance in Musculoskeletal Anatomy of upper extremity Phoenix Orthopaedic Residency Training Program |
| August 2001 | MIHS Residency Housestaff Achievement Grant recipient |
| July 1997 | Honors for performance on USMLE Step 1, University of Miami School of Medicine |
| Summer 1995 | **Summer Research Fellow Award.** University of Miami School of Medicine. Grant for study of cerebral reperfusion injury. |
| Summer 1992 | **Outstanding Research Project Award**, University of Miami School of Medicine, *Summer Student Research Poster Session*, Miami, Florida. |
| Spring 1989 | National Merit Finalist, Miami Palmetto Senior High School |

JAN-22-2007(MON) 15:43   Katz, Jamison, Van Der Veen   (FAX)215 396 8388   P.004/004

01/19/2007 FRI 15:21  FAX 602 254 8835 MEDPRO ORTHO ADMIN DEPT   ☒003/003

## WORK EXPERIENCE

| | |
|---|---|
| Assistant Team Physician for: | Fall 2000, 2001, 2002 |
| Arizona Thunder Pro Soccer Team, Carl Hayden Varsity Football Team, Central High School Varsity Football Team. Phoenix, Arizona. | |
| Personal Trainer, Pure Fitness Gyms | Fall 2000 - 2001 |
| Teaching Assistant, Gross Anatomy, | September 1997 |
| University of Miami School of Medicine | |
| Tutored medical students in anatomy of the back and extremities. | |
| Volunteer Preceptor, Clinical Skills, | September 1997 |
| University of Miami School of Medicine | |
| Tutored medical students in obtaining patient history and performing physical examination | |
| Clinical Assistant, Department of Orthopaedic Surgery, | Summer 1995 |
| University of Miami School of Medicine, Division of Joint Replacement | |
| Completed initial patient interviews, completed post-operative assessments. | |
| Research Assistant, Department of Neurology, Div. of Research | Summer 1993 - |
| Studied effects of brain trauma on cerebral blood flow and thrombosis in a rat model. | Fall 1994 |
| Research Associate, Department of Neurology, Div. of Research | Summer 1992 |
| Localized regions of brain susceptible to embolic stroke in a rat model. | |
| VHS Outpatient Clinics, Phoenix, AZ | August 2004 - |
| Staff orthopaedic surgeon, Abrazo Healthcare System | August 2006 |
| MedPro, Phoenix, AZ | July 2005 - |
| Staff orthopaedic surgeon | present |

## EXTRACURRICULAR ACTIVITIES/ HOBBIES

| | |
|---|---|
| 1976 – present | Classical and Contemporary Piano, Alpine skiing, Windsurfing, Target Practice |
| 1994 – 1995 | Dean's Cup Athletic Competition. 2nd in 200m and 400m dash events in annual competition between University of Miami Schools of Medicine & Law |
| 1996 – 1997 | Eastern Student Research Forum Committee. Organized annual oral and poster sessions for medical and graduate students in the Eastern U.S. |
| Spring 1995 Spring 1997 | Florida Keys Health Fair. Participated in community outreach project to provided health care to underserved populations in the Florida Keys. |
| 1991 – '93 | Intercollegiate Rugby Club, Cornell University |
| 2005 – present | Active member of American MENSA, Ltd. |

## BACKGROUND

| | | |
|---|---|---|
| Languages spoken: | English, Spanish, Bengali | |
| Place of Birth: | Boston, MA | |
| Primary School: | Herbert Hoover Elementary School | Rochester, MN |
| | John Adams Junior High School | Rochester, MN |
| Secondary School: | John Marshall Senior High School | Rochester, MN |
| | Miami Palmetto Senior High School | Miami, FL |

## STANDARDIZED TEST RESULTS AND PROFESSIONAL LICENSURE

American Board of Orthopaedic Surgery Certified as of July 28, 2006

| | | | | |
|---|---|---|---|---|
| USMLE Step I: | 227, pass | MCAT: Physical Sciences | | 11 |
| Step II: | 224, pass | Biological Sciences | | 11 |
| Step III: | 208, pass | Reading Comprehension | | 11 |
| SAT Mathematics: | 750 | AZ Medical License #32018 (current) | | |
| Verbal reasoning: | 700 | CA Medical License #A 82775 (current) | | |