# ROYAL A. BUNIN, MBA

Actuarial-Economic Consultant

Office:
BUNIN ASSOCIATES
The Wynnewood House, Suite 109
300 East Lancaster Avenue
Wynnewood, PA 19096
(610) 642-4700

Residence:
401 Conshohocken State Road
Bala Cynwyd, PA 19004
(610) 667-3570

## EDUCATION:

Master of Business Administration, MBA, 1990,
The Fox School of Business and Management, Department of Economics, Temple University.
Major: Economics, Finance and Statistics.

Bachelor of Business Administration, Cum Laude, 1988,
The Fox School of Business and Management, Department of Economics, Temple University.
Major: Economics; Minor Concentration: Mathematics and Statistics.

## CURRENT EMPLOYMENT:

### CONSULTING:

BUNIN ASSOCIATES: May 1, 1983 to the present.
General Partner since January 1, 1997.
Actuarial-economic consulting practice, providing services for the legal profession:

1) Initial analysis, subsequent research and development, and final preparation of written reports detailing past, current and projected economic losses.

2) Expert testimony on economic damages and expertise opinion regarding future projected losses.

3) Typical areas of concentration:
   - Earning Capacity
   - Fringe Benefits
   - Retirement Benefits
   - Household Services
   - Future Medical Costs
   - Lost Profits

Royal A. Bunin, M.B.A.                                                              Page Two

## CURRENT EMPLOYMENT: (continued)

### TEACHING:

TEMPLE UNIVERSITY:
The Fox School of Business and Management, Department of Economics.
Adjunct Instructor. Initial Appointment: Fall, 1999
    Courses:    Introduction to Microeconomics, 3 Credit Hours.
                    Introduction to Macroeconomics, 3 Credit Hours.
                    Global Economic Issues, 3 Credit Hours.

ROWAN UNIVERSITY:
College of Liberal Arts and Sciences, Department of Economics.
Adjunct Instructor. Initial Appointment: Fall, 2000
    Courses:    Introduction to Microeconomics, 3 Credit Hours.

## PROFESSIONAL PRESENTATIONS:

Speaker at the *"Damages in a Wrongful Death Case"* CLE Seminar,
Presented by the Young Lawyers Committee and the Camden County Bar Association.

Speaker at the *"Economic Damages Round Table"* CLE Seminar,
Presented by the Association of Trial Lawyers of America-New Jersey Educational Foundation.

## PROFESSIONAL SOCIETIES:

1) American Economic Association
2) National Association of Forensic Economics
3) Philadelphia Estate Planning Council
4) Temple University, School of Business and Management, Alumni Association
5) American Academy of Economic and Financial Experts

## PROFESSIONAL DESIGNATIONS:

Academy Certified Diplomat, American Academy of Certified Consultants and Experts.

Royal A. Bunin, M.B.A.                                                                 Page Three

**COURT TESTIMONY:**

Economic and actuarial testimony presented in the following jurisdictions:

1) Commonwealth of Pennsylvania Court System:
   (A) Pennsylvania Commonwealth Court, (Legislative Court).
   (B) Court of Common Pleas:

   | | | |
   |---|---|---|
   | Adams County | Dauphin County | Montgomery County |
   | Berks County | Delaware County | Montour County |
   | Bucks County | Fayette County | Northampton County |
   | Cambria County | Lehigh County | Philadelphia County |
   | Clinton County | Luzerne County | Schuylkill County |
   | Chester County | Lycoming County | Washington County |
   | Columbia County | Mifflin County | Wyoming County |
   | Cumberland County | Monroe County | York County |

2) U.S. District Court:
   Pennsylvania: Harrisburg, Philadelphia, Scranton, Williamsport
   Delaware: Wilmington
   New Jersey: Camden
   New York: New York City

3) U.S. Bankruptcy Court:
   Pennsylvania: Wilkes Barre

4) New Jersey State Superior Court:

   | | | |
   |---|---|---|
   | Atlantic County | Cumberland County | Middlesex County |
   | Bergen County | Essex County | Monmouth County |
   | Burlington County | Gloucester County | Salem County |
   | Camden County | Mercer County | Union County |

5) Delaware State Superior Court:        6) Maryland State Court:
   New Castle County                        Anne Arudel County

7) Commonwealth of Massachusetts Superior Court:
   Suffolk County

8) New York State Supreme Court:

   | | | |
   |---|---|---|
   | Bronx County | Nassau County | Orange County |
   | Kings County | New York County | Queens County |
   | Monroe County | Ontario County | |

Arbitrations and depositions in Pennsylvania, Maryland, New Jersey and New York

# DAVID T. BUNIN, FSA CLU

Actuarial-Economic Consultant

Office:
BUNIN ASSOCIATES
The Wynnewood House, Suite 109
300 East Lancaster Avenue
Wynnewood, PA 19096
(610) 642-4700

Residence:
358 Williams Road
Wynnewood, PA 19096
(610) 896-8353

## EDUCATION:

B.A., University of Delaware, 1950. Mathematics, economics.

Fellow, Society of Actuaries, 1961. (Upon successful completion of required eight examinations, 1950-61, including topics of mathematics, investments, interest, life expectancy, statistics, productivity, growth factors, expense analysis, life insurance law, pensions, Social Security, etc.)

Chartered Life Underwriter 1972. (Upon successful completion of required ten college level examinations, 1965-72, including subjects of economics, finance, family budgeting, insurance, pensions, etc.)

Enrolled Actuary, Employee Retirement Income Security Act.

## CURRENT EMPLOYMENT:

Private actuarial-economic consulting practice, providing services for:

1) Legal profession (reports, testimony and consultation on lost earning capacity in injury and death cases, and measurement of retirement benefits in divorce proceedings.)

2) Insurance companies (annuity settlements)

3) Corporate and professionals (estate planning based on value of future earning capacity)

## PAST EMPLOYMENT:

1971-73. Associate Actuary, Penn Mutual Life Insurance Company, Philadelphia, PA (Product development, cost-of-living policy analysis, instruction)

1969-71. Consulting Actuary, Milliman & Robertson, Inc., Wayne, PA (Premiums, projections, valuations)

David T. Bunin, FSA, CLU
Page Two

### PAST EMPLOYMENT (and duties)
(continued)

    1959-69. Assistant Vice President and Actuary, Sun Life Insurance Company, Baltimore, MD. (New policies, agency compensation, health insurance)

    1954-59. Associate Actuary, Baltimore Life Insurance Company, Baltimore MD. (Manager of actuarial department, product development)

    1953-54. Assistant Actuary, State of Maryland Insurance Department. (Analysis of policy forms, examinations of insurance companies)

    1950-1953. New York Life Insurance Company, New York, NY. (Actuarial, accounting, underwriting and claim departments)

### PROFESSIONAL SOCIETIES:

    Society of Actuaries (by examination)

    American Academy of Actuaries (charter member)

    American Economic Association

    Middle-Atlantic States Actuarial Club (former president)

    Philadelphia Actuarial Club (former chairman of education committee)

    American Society of Chartered Life Underwriters

    Conference of Consulting Actuaries

### TEACHING AND SEMINARS:

    Lecturer at Seminars of Pennsylvania, Delaware and New Jersey Trial Lawyers Association

    Guest Lecturer, Temple University, School of Actuarial Science

    Lecturer at Dickinson Law School Forum

    Instruction of Actuarial and Insurance classes at insurance companies in Philadelphia and Baltimore

    Chairman of Society of Actuaries seminar on "Actuaries in Court" at Waldorf Astoria, New York

## GROUPS ADDRESSED ON ACTUARIAL AND ECONOMIC TOPICS

Defense Research Institute

Maryland Trial Lawyers Association

New Jersey Trial Lawyers Association

Pennsylvania Bar Institute

Pennsylvania Trial Lawyers Association

Philadelphia Association of Defense Counsel

Philadelphia Claim Association

Philadelphia Trial Lawyers Association

## PERIODICALS IN WHICH ARTICLES HAVE APPEARED:

The Shingle - Philadelphia Bar Association

The Barrister - Pennsylvania Trial Lawyers Association

Verdict - Philadelphia Trial Lawyers Association

The Florida Law Journal

## COURT TESTIMONY:

Economic and actuarial testimony presented for both plaintiffs and defendants:

1) Common Pleas Court of Philadelphia

2) Federal District Court, Philadelphia, PA

3) Federal District Court, Reading, PA

4) Federal District Court, Camden, NJ

5) Federal District Court, New York, NJ

6) Other State and Federal Courts in Pennsylvania, Delaware, Maryland, New Jersey, New York, Massachusetts, Connecticut, Virginia, West Virginia, Texas and Florida