**Daniel M. Feinberg, M.D.**
**Penn Neurological Institute at Pennsylvania Hospital**
**330 South Ninth Street**
**Philadelphia, PA 19107**

## Fee Schedule

To Whom It May Concern:

This is my fee schedule for neurological expert services:

1. Comprehensive neurologic evaluation    $1,000.00
2. Record review and report    $350.00/hour
3. Deposition    $2,000
4. Live trial testimony, including travel time    $2,500 for up to one half day, $4,000 for more than one half day

The neurological evaluation fee of **$1,000.00** must be paid one week in advance of the examination to:

**Daniel M. Feinberg, MD**
**Neurology Associates**
**330 South Ninth Street**
**Philadelphia, PA 19107**
**Tax ID#23-2743562**

The full examination fee will be retained if the IME is cancelled less than 3 business days from the scheduled date, if the patient does not appear for the examination, or if the patient appears >15 minutes late.

Deposition and trial fees must be pre-paid and will be billed under a different tax ID number. If a deposition or trial is postponed or cancelled for any reason within two weeks of the scheduled date, the full fee is retained. If the trial is postponed or cancelled more than two weeks in advance of the scheduled date, the fee will be refunded or credited.

If your office needs to speak with me further, please contact my direct office line 215-829-6464.

Sincerely yours,


Daniel M. Feinberg, M.D.
Clinical Assistant Professor of Neurology

# Curriculum Vitae

**Daniel Marc Feinberg, M.D.**

Date: September, 2006

**Office Address:**  Penn Neurological Institute at Pennsylvania Hospital
330 South 9th Street
Philadelphia, PA 19107

Phone: 215-829-7915
FAX: 215-829-6606
E-mail: dmfeinberg@pahosp.com

## Education:

| | |
|---|---|
| 1983-87 | B.A., University of Pennsylvania |
| 1987-92 | M.D., Pennsylvania State University College of Medicine |

## Postgraduate Training and Fellowship Appointments:

| | |
|---|---|
| 1992-93 | Intern in Internal Medicine<br>Graduate Hospital<br>Philadelphia, Pennsylvania |
| 1993-95 | Resident in Neurology<br>Albert Einstein College of Medicine &<br>Montefiore Medical Center<br>Bronx, New York |
| 1995-96 | Chief Resident in Neurology<br>Albert Einstein College of Medicine |
| 1996-97 | Fellow in Clinical Neurophysiology and Neuromuscular Disorders<br>Brigham and Women's Hospital<br>Harvard Medical School |
| 1998-1999 | Fellowship in Clinical Quality Improvement<br>University of Pennsylvania Health System |
| 2002-3 | Graduate Certificate in the Business of Medicine<br>School of Medicine<br>School of Professional Studies in Business and Education<br>Johns Hopkins University |

Daniel M. Feinberg, M.D.
Page 1

| | |
|---|---|
| 2005 | Physician Leadership Academy<br>The Advisory Board<br>University of Pennsylvania Health System |

**Faculty Appointments:**

| | |
|---|---|
| 1996-97 | Clinical Fellow in Neurology<br>Harvard Medical School |
| 1997-2006 | Clinical Assistant Professor of Neurology<br>University of Pennsylvania School of Medicine |
| 2006-present | Clinical Associate Professor of Neurology<br>University of Pennsylvania School of Medicine |

**Hospital Appointments:**

| | |
|---|---|
| 1997-present | Attending Neurologist<br>Pennsylvania Hospital |
| 1997-present | Attending Neurologist<br>Hospital of the University of Pennsylvania |
| 1998-2000 | Clinical Re-engineer<br>Pennsylvania Hospital/University of Pennsylvania Health System |
| 1999-2003 | Attending Neurologist<br>ALS Association Clinical Center at the Penn Neurological Institute at Pennsylvania Hospital |
| 2000-2003 | Medical Director, Performance Improvement<br>Pennsylvania Hospital of the University of Pennsylvania Health System |
| 2001-present | Patient Safety Officer<br>Pennsylvania Hospital of the University of Pennsylvania Health System |
| 2005-present | Director of Medical Informatics<br>Pennsylvania Hospital of the University of Pennsylvania Health System |

**Specialty Certification:**

| | |
|---|---|
| 1997 | Diplomate of the American Board of Psychiatry and Neurology (Certified in Neurology) |
| 2000 | Diplomate of the American Board of Electrodiagnostic Medicine |

**Licensure:**           Pennsylvania

**Awards and Honors:**

| | |
|---|---|
| 2002 | VHA Physician Leadership Scholarship |
| 1997 | Junior Member Recognition Award, American Association of Electrodiagnostic Medicine |
| 1996 | Annual Meeting Resident Scholarship, American Academy of Neurology |
| 1992 | First Place Prize-Basic Science Research Project Annual Medical Student Research Symposium |
| 1989 | National Institutes of Health Summer Research Fellowship |

**Memberships in Professional and Scientific Societies:**

| | |
|---|---|
| 1994- | American Academy of Neurology - Active Member |
| 1998-2002 | American Academy of Neurology Practice Improvement Subcommittee-Member |
| 1996- | American Association of Electrodiagnostic Medicine-Fellow |
| 1998- | American Board of Psychiatry and Neurology, Examiner for the Oral Board Certification Examination |
| 2000- | Philadelphia Neurological Society |
| 2001-2003 | AIDS Clinical Trial Group (ACTG)-Neurology Subcommittee-Ad Hoc Member |
| 2003- | Member, AIDS Clinical Trial Group (ACTG)-Neurology Subcommittee |
| 2003- | Member, AIDS Clinical Trial Group (ACTG)-Neurology Subcommittee, Neuropathy Focus Group |
| 2001- | Member, Cochrane Collaborative, Neuromuscular Disease Group |
| 2005- | Vice-Chair, Patient Safety Subcommittee of the Practice Committee, American Academy of Neurology |

**Editorial Positions:**

| | |
|---|---|
| 1999, 2000 | Ad Hoc Reviewer, Muscle & Nerve |

Daniel M. Feinberg, M.D.
Page 3

2004, 2005                          Ad Hoc Reviewer, Neuroscience Letters

**Committees at Pennsylvania Hospital/University of Pennsylvania Health System:**

| | |
|---|---|
| 1997-2000 | Member, Credentials Committee |
| 1998-2000 | Member, Performance Improvement Committee |
| 1998 | Member, Committee for the Development of the Physical Medicine/Rehabilitation Service Line |
| 1998-99 | Clinical Champion-Headache Disease Management Program of the UPHS |
| 1999-2001 | Member, Research Review Committee (Institutional Review Board) |
| 1999 | Member, Urgent Admissions Committee |
| 1999- | Member, Restraint Task Force |
| 1999-2001 | Member, Pain Management Task Force |
| 2000-2003 | Chairman, Performance Improvement Committee |
| 2000-2003 | Member, UPHS Committee for Clinical Effectiveness and Quality Improvement |
| 1999- | Member, Incidents and Occurrences Committee |
| 2000- | Chairman, Patient Safety Steering Committee |
| 2001-2004 | Member, Environment of Care Committee |
| 2001- | Member, Administrative Policy Review Committee |
| 2002- | Co-Chairman, Environment of Care/Safety Committee |
| 2003- | Member, Sunrise Implementation Steering Committee |
| 2004- | Chairman, Workflow/Clinical Transformation Subcommittee of the Sunrise Implementation Steering Committee |

**Self-Report of Teaching:**

1. Attending Neurologist on Consult/Inpatient Service-Pennsylvania Hospital (9-12 weeks per year)
2. Electromyography instruction for rotating Neurology Residents    1997-current
3. Physical diagnosis   Course 101    1999-current
First year medical students-Neurological examination
4. Brain and Behavior Course    1999-current
First year medical students-Clinical vignettes
5. Attending Neurologist, Neurology Residents' Clinic, Hospital of the University of Pennsylvania    2002-current

**Lectures by Invitation:**

March, 1997                         "Intensive Review of Electromyography"
                                    EMG Case Presentations
                                    Harvard Medical School
                                    Boston, MA

                                                        Daniel M. Feinberg, M.D.
                                                        Page 4

| | |
|---|---|
| December, 1997 | "Muscle Attack," Medical Grand Rounds, Pennsylvania Hospital |
| May, June 1999 | Stroke/TIA and Headache Disease Management Program Roll-outs, University of Pennsylvania Health System |
| May, 1999 | Sharing Practices: "Approach and Processes in Stroke Management." VHA East Coast Stroke Forum, East Windsor, NJ |
| November, 1999 | "Approach to Peripheral Neuropathy," Medical Grand Rounds, Pennsylvania Hospital |
| December, 1999 | "Approach to Peripheral Neuropathy," Medical Grand Rounds, Nazareth Hospital, Philadelphia, Pennsylvania |
| May, 2000 | "Neurological Disease Management in Action," Annual Meeting of the American Academy of Neurology, San Diego, CA |
| May, 2000 | "HIV-associated Peripheral Neuropathy," Project Teach, Philadelphia Fight, Philadelphia, PA |
| May, 2000 | "Approach to Peripheral Neuropathy," Medical Grand Rounds, Graduate Hospital, Philadelphia, PA |
| April, 2001 | "Introduction to ALS," Managing ALS Conference, Fort Washington, PA |
| November, 2001 | "Safety First at the Nation's First," Annual Meeting of the Professional Staff, Pennsylvania Hospital |
| April, 2002 | "Culture Change in Patient Safety," Patient Safety Symposium, Annual Meeting of the American Academy of Neurology, Denver, CO |
| May, 2002 | "Neurosurgical Imposters," Grand Rounds Department of Neurosurgery University of Pennsylvania |
| September, 2003 | "Safety First at the Nation's First," Annual Meeting of the Professional Staff, Pennsylvania Hospital |

| | |
|---|---|
| December, 2003 | "Above All, Do no Harm"<br>Grand Rounds, Department of Medicine<br>Pennsylvania Hospital |
| December, 2003 | "Above All, Do no Harm"<br>Grand Rounds, Department of OB-Gyn,<br>Pennsylvania Hospital |
| October, 2004 | "Patient Safety for Psychiatrists"<br>Grand Rounds, Department of Psychiatry<br>Pennsylvania Hospital |
| November, 2004 | "Neurosurgical Imposters"<br>Grand Rounds, Department of Neurosurgery<br>University of Pennsylvania |
| January, 2005 | "Fumbles and Foibles"<br>Grand Rounds, Department of Medicine<br>Pennsylvania Hospital |
| March, 2005 | "The History of Myasthenia Gravis"<br>Grand Rounds, Department of Neurology<br>Hospital of the University of Pennsylvania |
| April, 2005 | "Vulnerable Venues: Radiology and Lab"<br>Patient Safety Symposium<br>Annual Meeting of the American Academy of Neurology<br>Miami, Florida |
| May, 2005 | "Fumbles and Foibles"<br>Grand Rounds, Department of Obstetrics and Gyncecology<br>Pennsylvania Hospital |
| March, 2006 | "Health Literacy 101"<br>Grand Rounds, Department of Medicine<br>Pennsylvania Hospital |
| April, 2006 | "Communication in Patient Safety: It's a No Brainer"<br>Patient Safety Symposium<br>Annual Meeting of the American Academy of Neurology<br>San Diego, California |

Daniel M. Feinberg, M.D.
Page 6

**Clinical Research:**

| | |
|---|---|
| 1999-2000 | Principal Investigator<br>"A Multicenter, Double-Blind, Randomized, Placebo-Controlled Evaluation of Lamictal in Adult Subjects with HIV-Associated Peripheral Neuropathy." |
| 1999-2003 | Co-investigator<br>The ALS Patient Care Database |
| 2000-2001 | Co-investigator<br>Botulinum Toxin Type A as a Treatment for Siallorhea in ALS and Parkinson's Disease |
| 2001-2003 | Principal Investigator<br>Pathophysiologic Study of Development of Distal Symmetrical Polyneuropathy in Individuals with Advanced HIV-1 Infection and Prior Antiretroviral Exposure. A Study of the Adult AIDS Clinical Trial Group, sponsored by The National Institute of Allergy and Infectious Diseases and the Neurological AIDS Research Consortium |
| 2004-2005 | Principal Investigator<br>A randomized, double-blind, placebo-controlled, multicenter, dose ranging study to evaluate the efficacy and safety of prosaptide over 6 weeks of treatment for the relief of neuropathic pain associated with HIV-1. A collaborative study sponsored by the Neurological AIDS Research Consortium, Savient Pharmaceuticals, and the Adult AIDS Clinical Trials Group |
| 2006- | Principal Investigator<br>A randomized, double-blind, placebo-controlled, parallel-group, multi-center trial of pregabelin versus placebo in the treatment of neuropathic pain associated with HIV neuropathy (Pregabelin A0081066). |

**Bibliography:**

### Research Publications, peer reviewed:

Kelley RI, **Feinberg DM**, Segal S. Galactose-1-phosphate uridyl transferase in density-fractionated erythrocytes: Studies of normal and mutant enzymes. **Hum Genet** 1989; 82:99-103.

**Feinberg DM**, Weidenheim K, Spiro AJ. Distinct light microscopic changes in HIV-associated adult-onset nemaline myopathy. **Neurology** 1998; 50:529-531.

McCluskey LF, **Feinberg DM**, Bird SJ. Case of the Month: Suprascapular neuropathy related to a glenohumeral joint cyst. **Muscle Nerve** 1999; 22(6):772-777.

**Feinberg DM**, Preston DC, Shefner JM, Logigian EL. Amplitude-dependent slowing of conduction in amyotrophic lateral sclerosis and polyneuropathy. **Muscle Nerve** 1999; 22:937-940.

McCluskey LF, Bird SJ, **Feinberg DM**. "Pseudo-conduction block" in vasculitic mononeuropathy multiplex is related to focal axonal conduction failure. **Muscle Nerve** 1999; 22(10):1361-1366.

Varrato J, Siderowf A, Damiano P, Gregory S, **Feinberg D**, McCluskey, L. Postural change of forced vital capacity predicts some respiratory symptoms in ALS. **Neurology** 2001; 57:357-359.

Varrato J, Damiano P, Siderowf A, Gregory S, **Feinberg D**, McCluskey LF. Postural change of forced vital capacity predicts some respiratory symptoms in ALS. **ALS and other Motor Neuron Disorders** 2001: 2(suppl 2): 7-8.

Glick TH, Rizzo M, Stern BJ, **Feinberg DM**. Neurologists for Patient Safety: Where we stand, time to deliver. Neurology, in press.

### Published Abstracts :

Munger BL, Jones TE, Morohunfola K, **Feinberg D**, Mauger A, Saxod R. Expansion of sensory dermatomes following experimental neural lesions and in subjects with Spina Bifida: Trophic interactions of afferent nerves and their cutaneous targets. **Society for Neuroscience Abstracts** 1990; 16:141.4.

Munger BL, Jones TE, Morohunfola K, **Feinberg D**, Mauger A, Saxod R. The impact of neural lesions on the pattern of cutaneous appendages in chicken embryos and opossum pups. **Anat Rec** 1991; 229(4):61A.

**Feinberg DM**, Munger BL. The production of cryptotia in opossum pups following lesions of the trigeminal ganglion. **Society for Neuroscience Abstracts** 1991; 17:449.9.

**Feinberg DM**, Herskovitz S, Weidenheim K, Liebman J. HIV-associated adult-onset nemaline myopathy. **Neurology** 1996; 46:A465.

Jacobs BS, **Feinberg DM**, Katz PM. Bilateral horizontal and vertical gaze palsies in an alert patient with vertebral artery dissection. **Neurology** 1996; 46:A460.

**Feinberg DM**, Preston DC, Shefner JM, Logigian EL. Amplitude-dependent slowing of motor nerve conduction in amyotrophic lateral sclerosis and axonal neuropathy. **Muscle Nerve** 1997; 20(8):1064-65.

Wang AK, Rutkove SB, Levy M, **Feinberg DM**, Preston DC, Raynor EM. Involvement of the superficial peroneal nerve in common peroneal neuropathy. **Muscle Nerve** 1997; 20(8):1070.

**Feinberg DM**, Preston DC, Simuni T, McCluskey L. Normocalcemic tetany. **Neurology** 1998; 50(4)(supplement 4):A305.

**Feinberg DM**, Herskovitz S, Liebman J, McCluskey LF. Heroin-associated plexopathy. **Muscle Nerve** 1998; 21(11):1568.

McCluskey LF, Emery C, Jameson D, **Feinberg DM**. Relapsing and remitting chronic inflammatory demyelinating polyneuropathy with oculomotor and abducens palsies and magnetic resonance imaging enhancement of the abducens and trigeminal nerves. **Muscle Nerve** 1998; 21(11):1574-75.

McCluskey LF, Bird SJ, **Feinberg DM**. "Pseudo-conduction block" in vasculitic mononeuropathy multiplex is related to focal axonal conduction failure. **Muscle Nerve** 1998; 21(11):1590.

McCluskey, LF, Gregory S, **Feinberg D**, Varrato, J. Postural Change of Forced Vital Capacity Correlates with Respiratory Symptoms in ALS. **Neurology** 2001; 56(supplement 3):A198.

## Editorials, Reviews, Chapters:

**Feinberg DM**. Re-designing graduate medical education-location and content. **NEJM** 1996; 335(19):1459.

**Feinberg DM**. Financial influences on career choices in neurology. **Ann Neurol** 1997; 41(2):283-84.

**Feinberg DM**. Peripheral neuropathy. **Neurology** 1997; 48(4):1140.

**Feinberg DM**, Logigian EL. Acquired axonal neuropathies. In: Gilchrist JM, ed. Prognosis in Neurology. Boston: Butterworth-Heinemann: 1998.

**Feinberg DM**, Spiro AJ, Weidenheim K. Distinct light microscopic changes in HIV-associated nemaline myopathy. **Neurology** 1999; 53(1):241-242.

**Feinberg DM**, Preston DC. Mononeuropathies. In: Evans RW, ed. Diagnostic Testing in Neurology. WB Saunders:1999.

**Feinberg DM**. Reflex sympathetic dystrophy. **NEJM** 2000; 343(24): 1811.

**Feinberg DM.** Will neurology residents with large student loan debts become academicians? **Neurology** 2002; 59(5): 789.

Weber, M, **Feinberg D**. Treatment of cramps in ALS and motor neuron disease. [Protocol] **Cochrane Neuromuscular Disease Group** *Cochrane Database of Systematic Reviews. 3, 2003.*

Huang JH, **Feinberg DM**, Zager EL. Comments: Outcomes of cubital tunnel surgery among patients with absent sensory nerve conduction. **Neurosurgery** 2004; 54(4): 895-96.

## Lay Press:

"Patient Safety Authority Data Emerges." **Physician's News Digest**, June 2005.

"Prescription for Preventing Common Medication Errors, " **Neurology Now**, March/April, 2006.