Irene C. Mendelsohn
1226 Woodbine Avenue
Penn Valley, Pa. 19072-1243
(610) 667-1719
FAX (610) 667-4862

**EDUCATIONAL BACKGROUND**

    Hofstra University
    Hempstead, New York
    Masters of Science degree in Rehabilitation Counseling
    June 1977

    University of Pennsylvania
    Philadelphia, Pennsylvania
    Bachelor of Arts degree in Psychology and Sociology
    December 1974

**WORK EXPERIENCE**

| | |
|---|---|
| June 1992 to Present | **Vocational Counselor/Consultant**<br>**Penn Valley, Pennsylvania** |
| Responsibilities | Provide vocational assessments and vocational counseling including interviewing, transferable skills analysis, vocational testing, and labor market and vocational research. |
| February 1985 to June 1992 | **CorVel**<br>**Wayne, Pennsylvania** |
| Job Title | Rehabilitation Supervisor |
| Responsibilities | Determine the vocational potential of individuals with disabilities through interviewing, transferable skills assessment and vocational testing. Obtain relevant medical information, including functional capacity guidelines. Identify employment objectives meeting clients' physical capabilities and skill qualifications. Perform labor market surveys and vocational research. Meet with employers to develop employment opportunities for clients and to analyze job duties. Coordinate the activity of job development staff, and supervise other counseling staff. |

| | |
|---|---|
| August 1977 to February 1985 | **Philadelphia Urban Coalition**<br>**Philadelphia, Pennsylvania** |
| Job Title | Director of Counseling and Referral |
| Responsibilities | Initially employed as Counselor/Job Developer, responsible for caseload management of social service program clients. Counseling duties included intake interviewing as well as individual, group, and job readiness counseling. Job development activities included contact with employers as well as on-site visits in order to develop job opportunities for clients enrolled in vocational training. Placed clients on jobs as well as followed up to maintain success of job placement. Also responsible for constant expansion of job contacts as well as maintaining awareness of job openings. Upon promotion to Director of Counseling and Referral in March 1980, job duties were expanded to include supervision of other counseling staff as well as perform administrative duties. Also responsible for program operation on a day-to-day basis. |
| September 1976 to May 1977 | **Horizon House**<br>**Philadelphia, Pennsylvania** |
| Job Title | Counselor |
| Responsibilities | Managed caseload of psychiatrically disabled individuals. Duties included performing individual, family, and group counseling, coordination of vocational and social services, development of appropriate job leads, job placement, and follow-up. |

**ACADEMIC ACHIEVEMENTS**

Graduated "with Distinction" (graduate level) and "cum laude" (undergraduate level)

**LICENSES/CERTIFICATIONS**

Licensed Professional Counselor (LPC), Commonwealth of Pennsylvania
Certified Rehabilitation Counselor (CRC), Board for Rehabilitation Certification
National Certified Counselor (NCC), National Board for Counselor Certification

**MEMBERSHIPS**

American Counseling Association
American Rehabilitation Counseling Association
National Career Development Association
National Employment Counseling Association

Irene C. Mendelsohn, M.S., CRC
1226 North Woodbine Avenue
Penn Valley, Pa. 19072-1243
(610)-667-1719
FAX (610)-667-4862

## FEE SCHEDULE

My fee for services in performing a vocational assessment in matters of litigation is $200.00 per hour. This rate covers all services provided, including records review, any travel and waiting time, interviewing, vocational testing, vocational and labor market research, preparation of a report discussing my findings and conclusions, discussion and meeting time, and expert testimony. If testimony is provided, in addition to the hourly charges cited above there is also a fee of $500.

Any mileage incurred in providing these services is billed at 50 cents per mile, and any travel expenses, such as parking and tolls, are billed at cost.

Thank you for requesting this information.