# JAMES A. STAVROS CPA

## EDUCATION & EMPLOYMENT EXPERIENCE

Jim Stavros received a BS in business administration from Widener University in 1984 and an MBA from Rider University in 1988. He has supplemented his education with courses offered by the Pennsylvania and American Institutes of Certified Public Accountants, various county bar associations, Association of Certified Fraud Examiners and other professional organizations. Jim is a licensed certified public accountant in Pennsylvania.

Jim is a Director of Forensic Resolutions, Inc., which he co-founded in 2004. He was previously with Kroll from 1993 until 2004, including Kroll Lindquist Avey, an international forensic accounting firm. Prior to joining the Philadelphia office of Kroll in 1993, he was a senior associate in a forensic accounting firm and a branch manager for a large regional commercial bank. He has concentrated on forensic and investigative accounting since 1988.

Jim has worked on hundreds of forensic accounting and claims assignments and has been involved in every aspect of a case including strategic planning, detailed analysis and model building, assistance with all phases of discovery, including assistance with depositions and expert witness testimony in several jurisdictions. Jim has experience in matters including evaluating claims for lost earnings, lost business income, property damage, allegations of fraud, investigative financial due diligence, among other matters. Jim has also served as an appraiser in insurance claim matters and has provided expert witness testimony on several different financial issues such as fraud, lost business income, property damages and lost earnings. Jim has spoken on various topics such as personal injury and wrongful death damages, commercial damages, fraud investigations and business income matters.

Representative assignments:

- Fraud Investigations
- Fidelity bond claims
- Business Interruption
- Personal injury damages
- Wrongful death damages
- Due diligence investigations

- Commercial damages/lost profits
- Construction delay and disruption claims
- Inventory, building, contents, extra expense claims
- Fraudulent conveyance of assets
- Partnership disputes

## NOTEWORTHY CASES

- Fraud investigation of inequitable payments among partners over 13 years involving corporate loans, pension plan funds, corporate funds, altered deposit slips, forged checks and compound accounting entries that were not disclosed to the other partner totaling over $2-million.

- Analyzed over 325 boxes of financial and accounting information to determine that a large construction contractor conveyed assets to another entity to avoid a $3-million judgment.

- Determined values for an $8.5-million subrogation claim for property, inventory, and business income based on the differences in state law and the original insurance policy.

- Performed investigative accounting to determine that one shareholder's company was funding

JAMES A. STAVROS CPA

other related companies which did not share common ownership, through accounting entries, group purchases and direct purchases of goods and services in excess of several million dollars.

- Evaluated and quantified numerous claims for lost earnings, business income, fringe benefits, personal maintenance, pension benefits, household services, future medical costs in personal injury and wrongful death matters.

## PROFESSIONAL AFFILIATIONS

American Institute of Certified Public Accountants
Pennsylvania Institute of Certified Public Accountants
Member, Forensic and Litigation Services Committee of the PICPA
Associate Member, National Association of Forensic Economists
Member, Philadelphia Chapter Certified Fraud Examiners

## PUBLICATIONS

"Subrogation Damages – Do your Homework" *For The Defense*, August 2004.

"Revisiting the Kaczkowski Court Rule on Discounting Lost Future Earnings" *The Legal Intelligencer*, December 2000.

"Calculating With LPE" *The Legal Intelligencer*, March 2000.

"Are Future Earnings Claims Economic Mudslinging or Business Reality?" *The Legal Intelligencer*, March 1998.

"The Forgotten Factor in Preventing Employee Fraud: Employee Screening" *Pennsylvania CPA Journal*, Spring 1998.

"Employee Screening Can Prevent Fraud" *The Legal Intelligencer*, June 1995.

"Anatomy of a Corporate Fraud" *Risk and Insurance Magazine*, September 1994.

## SELECTED PRESENTATIONS

"A Forensic Accountant's View of Personal Injury Damages", Gloucester County Bar Association, Sewell, NJ, November 2006

"Forensic Accounting", panel presentation for a joint session of several South Jersey Contractors Associations, Williamstown, NJ, October 2005

"Forensic Accounting: From Accountant to Expert Witness", Main Line Association of Continuing Education, October 2005, Exton, PA; Institute Of Management Accountants, Chester, PA, June 2005

"Financial Damages – Key Lost Profit Issues in Litigation", Flaster Greenberg law firm, Cherry Hill, NJ, April 2005

"Analyzing the Financial Aspects of Personal Injury and Employment Claims", PDI, Philadelphia, PA, April 2005, Mintzer, Sarowitz Law Firm, Philadelphia, PA, March 2006.

"Analyzing Personal Injury Claims from a Financial Perspective", Herforth, Macdonald & Gallicchio

*JAMES A. STAVROS* CPA

law firm, Princeton, NJ, November 2004

"Forensic Eye For the Accounting Guy", IMA and PICPA Reading Chapter Seminar, Reading, PA, November 2003

"Economics of Disability Claims", 19th Annual Rose Seminar, Minneapolis, MN., July 2003

"Economics of Personal Injury", White & Williams Seminar, Philadelphia, PA., June 2003

"Forensic Accounting", Philadelphia Chapter Rotary Club, Philadelphia, PA., April 2003.

"Vampires of the Bottom Line: A Look at Corporate Fraud", ACCA Annual Meeting. Washington, DC., October 2002.

"Financial Damages – Key Lost Profit Issues in Litigation", Lavin, Coleman, et al., Philadelphia, PA., September 2002.

"Calculating Damages in Personal Injury Matters." Lavin, Coleman, et al., Philadelphia, PA., May 2002.

"Calculating Damages in Personal Injury Matters", The Insurance Society of Philadelphia. Philadelphia, PA., December 2001.

"Vampires of the Bottom Line: How Office Fraud Can Drain Corporate Profits", The Institute of Management Accountants, Media, PA., September 2001.

## EXPERT TESTIMONY EXPERIENCE

Jim has testified numerous times on issues involving fraud, lost profits, lost earnings, commercial damages involving lost property, inventory and contents, breach of contract, lost pension and other issues in federal and state court venues.