IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL : | |
|     Plaintiff, : | |
| : | |
| v. : | C.A. No. 05-00321 GMS |
| LYDIA ADAIR MCFADDEN : | JURY TRIAL DEMANDED |
| and : | |
| CHRISTIANA CARE HEALTH : | |
| SERVICES, INC., : | |
|     Defendants. : | |

## CERTIFICATE OF SERVICE

I, Nelson Levin, Esquire, do hereby certify that on the 30th day of March, 2007, that two copies of Plaintiff's Reply to Defendants' Motion in Limine to Preclude Plaintiff's Expert Economist from Presenting Expert Testimony were served via electronic filing and delivered via e-mail upon Deborah J. Massaro, Esquire, 824 No. Market Street, Suite 902, P.O. Box 709, Wilmington, Delaware 19899.

                                            Nelson Levin, Esquire