## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBRA CRISWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No.  05-CV-00321 GMS |
| | ) | |
| LYDIA ADAIR MCFADDEN and CHRISTIANA CARE HEALTH SERVICES, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |


### DEFENDANTS' MOTION IN *LIMINE* TO PRECLUDE PLAINTIFF FROM PRESENTING PHOTOGRAPHS NOT IN EVIDENCE


**WHITE AND WILLIAMS LLP**


_____/s/  Deborah J. Massaro_____
JOHN D. BALAGUER (#2537)
DEBORAH J. MASSARO (#4280)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
302-467-4526
*Attorneys for defendants Lydia A. McFadden and Christiana Care Health Services, Inc.*

Date: March 30, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KIMBRA CRISWELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-CV-00321 GMS |
| ) | |
| LYDIA ADAIR MCFADDEN and CHRISTIANA ) | JURY TRIAL DEMANDED |
| CARE HEALTH SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION IN *LIMINE* TO PRECLUDE PLAINTIFF FROM
PRESENTING PHOTOGRAPHS NOT IN EVIDENCE**

Defendants, Lydia Adair McFadden and Christiana Care Health Services, Inc.,

hereby respectfully request that the Court enter the attached order precluding Plaintiff

from presenting photographs not previously presented in evidence.    In support of their

motion, Defendants state the following:

1.      This case is a personal injury action in which  Plaintiff alleges that she

sustained injuries to her left ankle, foot and knee which occurred during a work related

incident on May 23, 2002 at Christiana Hospital.[1]  Plaintiff seeks compensatory

damages, lost wages and medical bills.

2.      Through the course of Discovery, Plaintiff provided Xerox copies of five

color photographs.  At the time of Plaintiff's deposition, July 14, 2006, actual

---

[1] Pending before the Court is Defendants' Motion for Summary Judgment based on the workers' compensation exclusivity bar.  See Dkt. No. 35.

1

photographic copies of these photographs were requested by Defense counsel.[2]   To date
these photographic copies have never been provided.

3.      More importantly, during Plaintiff's deposition she referred to a separate
set of 75 to 100 color photographs which were taken of her left foot on different dates
over a two year period.[3]  At that time, and in a letter subsequently, color copies of these
photographs were requested by Defense counsel.[4]

4.      Furthermore, Defendants' Interrogatory No. 7 addressed to Plaintiff dated
February 28, 2006, requests photographs in regard to any issue in this litigation.  Only the
Xerox copy of five photographs has ever been produced in evidence.

5.      Pursuant to the Court's Trial Scheduling Order the Discovery Cut-Off date
was October 11, 2006.  Throughout the course of Discovery plaintiff has submitted no
color photograph copies to Defendants, despite numerous requests, starting with
Interrogatory Requests in February 2006.

6.      Plaintiff's last minute  strategy of producing exhibits for trial which have
not been previously introduced into evidence makes it impossible for Defendants to
prepare their defense since they have not even seen the documents Plaintiff indicates that
she is intending to rely upon at trial.

7.      Pursuant to Federal Rule of Evidence 403, the Court may exclude
evidence, even relevant evidence, if its probative value is substantially outweighed by the
danger of unfair prejudice to the opposing party.  With respect to the admissibility of

---

[2] A20 (D.C. Tr. at 20).  The phrase "K.C. Tr." refers to the deposition transcript of
Plaintiff attached to Defendants' Motion for Summary Judgment.  Page 20 is also
attached to this motion.

[3] A59-60 (D.C. Tr. at 59-60).  The phrase "K.C. Tr." refers to the deposition transcript of
Plaintiff attached to Defendants' Motion for Summary Judgment.  Pages 59-60 are also
attached to this motion.

[4] *Id*. A113 (Letter to Plaintiff's counsel from Defendants dated February 20, 2007).

2

evidence under Rule 403, "a trial judge is given broad discretion in weighing the probative value of evidence against its potential prejudicial effect."[5]

8.     Thus, because the photographs represent unfair prejudice to the Defendants, Plaintiff should not be permitted to present any photographs at trial since they have not been previously produced into evidence.

**WHEREFORE**, Defendants, Lydia Adair McFadden and Christiana Care Health Services, Inc., respectfully request that this Honorable Court enter an order precluding Plaintiff from presenting any photographs at trial as the proposed exhibits are not in evidence.

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

____/s/  Deborah J. Massaro_____
JOHN D. BALAGUER (#2537)
DEBORAH J. MASSARO (#4280)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
302-467-4526
*Attorneys for defendants Lydia A.*
*McFadden and Christiana Care*
*Health Services, Inc.*

Date: March 30, 2007

---

[5] *U.S. v. Guerrero,* 803 F.2d 783, 785 (3d Cir.1986).

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KIMBRA CRISWELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.  05-CV-00321 GMS |
| | ) |
| LYDIA ADAIR MCFADDEN and CHRISTIANA | ) JURY TRIAL DEMANDED |
| CARE HEALTH SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

<u>**CERTIFICATE OF SERVICE**</u>

I, Deborah J. Massaro, Esquire, do hereby certify that on this 30th day of March,

2007,   two copies of **DEFENDANTS' MOTION IN *LIMINE* TO PRECLUDE**

**PLAINTIFF FROM PRESENTING PHOTOGRAPHS NOT IN EVIDENCE** were

served via electronic filing and delivered U.S. First Class Mail, postage prepaid upon the

following:

| | |
|---|---|
| Richard R. Wier, Jr., Esquire | Nelson Levin, Esquire |
| Law Offices of Richard R. Wier, Jr., P.A. | Kats, Jamison, Van Der Veen & |
| Two Mill Road |   Associates |
| Suite 200 | 25 Bustleton Pike |
| Wilmington, DE   19806 | Feasterville, PA   17044 |

**WHITE AND WILLIAMS LLP**

   /s/  Deborah J. Massaro
JOHN D. BALAGUER (#2537)
DEBORAH J. MASSARO (#4280)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
302-467-4526
*Attorneys for defendants Lydia A.*
*McFadden and Christiana Care*
*Health Services, Inc.*

WILDMS 142470v.1