# White and Williams LLP 

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

*Deborah J. Massaro*
*Direct Dial: 302.467.4526*
*Direct Fax: 302.467.4546*
*massarod@whiteandwilliams.com*

February 20, 2007

**VIA FACSIMILE**
Nelson Levin, Esquire
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA  17044

    RE: **Criswell v. McFadden and Christiana Care Health Services, Inc.**
          **C.A. No.: 05-CV-00321 GMS**
          **W&W File No.: 783704-D0033**

Dear Nelson:

    It has come to my attention that documents requested during Plaintiff's deposition have not yet been provided. For example, during her deposition Ms. Criswell referred to photographs of her left foot that had been previously provided in the form of paper copies. At that time I requested that actual photographic copies be forwarded. Later, during the deposition Ms. Criswell testified that she had taken approximately 75 – 100 photographs of her left foot at various times and stages. She indicated that these photographs were dated and that she had already provided most of them to counsel. At that time, I requested photographic copies of these photographs. Please consider this letter a second request for copies of the photographs which Ms. Criswell took of her left foot. Again, as I indicated to you during the deposition, my client will reimburse you for the expense of copying the photographs.

    Finally, on January 24, 2007, we requested by letter and verbally, three potential dates for the deposition of Plaintiff's treating orthopaedic surgeon and trial expert, Dr. Dewanjee, to be provided by February 20, 2007. To date we have not received any dates for his deposition. Please contact my office as soon as possible with three dates for the deposition of Plaintiff's expert, or we will be forced to file a Motion to Compel.

    Thank you for your attention to these matters.

                                            Very truly yours,

                                            WHITE AND WILLIAMS LLP

                                      By: _____
                                                Deborah J. Massaro

DJM:by
cc:    Richard R. Wier, Jr., Esquire

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ*
*New York, NY • Paramus, NJ • Philadelphia, PA • Pittsburgh, PA*

WILDMS 141298v.1