### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-CV-00321 GMS |
| v. ) | |
| ) | |
| LYDIA ADAIR MCFADDEN and CHRISTIANA ) | JURY TRIAL DEMANDED |
| CARE HEALTH SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

### ORDER

HAVING CONSIDERED Defendants', Lydia Adair McFadden and Christiana Care Health Services, Inc., Defendants' Motion In *Limine* To Preclude Plaintiff From Presenting Photographs Not In Evidence and all responses thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2007, that pursuant to this motion Plaintiff shall be precluded from presenting photographs at trial, as there are none in evidence and Defendants' Motion is hereby GRANTED.

_____
THE HONORABLE GREGORY M. SLEET