IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL<br>    Plaintiff,<br><br>v.<br><br>LYDIA ADAIR MCFADDEN<br>   and<br>CHRISTIANA CARE HEALTH<br>SERVICES, INC.,<br>    Defendants. | :<br>:<br>:<br>:<br>:   C.A. No. 05-00321 GMS<br>:   JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

## PLAINTIFF'S REPLY TO DEFENDANTS' MOTION IN LIMINE TO PRECLUDE PLAINTIFF FROM PRESENTING PHOTOGRAPHS NOT IN EVIDENCE

Kats, Jamison, van der Veen & Associates

_____
Nelson Levin, Esquire
25 Bustleton Pike
Feasterville, PA 19053

Of counsel:

_____
Richard R. Wier, Jr., Esquire
(#716)
Two Mill Road, Suite 200
Wilmington, DE 19806

Date:   March 29, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL<br>　　　　Plaintiff, | :<br>:<br>: |
| v. | : |
| LYDIA ADAIR MCFADDEN<br>and<br>CHRISTIANA CARE HEALTH<br>SERVICES, INC.,<br>　　　　Defendants. | :　C.A. No. 05-00321 GMS<br>:　JURY TRIAL DEMANDED<br>:<br>:<br>:<br>: |

## ORDER

Having considered Defendants Lydia Adair McFadden and Christiana Care Health Services, Inc.'s Motion in Limine to Preclude Plaintiff from Presenting Photographs not in Evidence and Plaintiff's response thereto, it is hereby ORDERED this _____ day of _____, 2007, that Defendants' Motion is DENIED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Gregory M. Sleet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL<br>Plaintiff,<br><br>v.<br><br>LYDIA ADAIR MCFADDEN<br>and<br>CHRISTIANA CARE HEALTH<br>SERVICES, INC.,<br>Defendants. | :<br>:<br>:<br>:<br>:   C.A. No. 05-00321 GMS<br>:   JURY TRIAL DEMANDED<br>:<br>:<br>:<br>: |

### PLAINTIFF'S REPLY TO DEFENDANTS' MOTION IN LIMINE TO PRECLUDE PLAINTIFF FROM PRESENTING PHOTOGRAPHS NOT IN EVIDENCE

Plaintiff Kimbra Criswell hereby respectfully requests that the Court enter the attached Order denying Defendants' Motion in Limine to Preclude Plaintiff from Photographs not in Evidence. Plaintiff replies as follows:

1. Admitted.

2. Admitted in part; denied in part. It is admitted that Plaintiff's provided Xerox copies of five (5) color photographs. It is denied that additional photographs have not been provided. Attached hereto is a CD of Plaintiff's photographs.

3. Admitted. Attached hereto is a CD of Plaintiff's photographs.

4. Admitted. Attached hereto is a CD of Plaintiff's photographs.

5. Denied. Plaintiff presented color photographs of her foot at the time of her deposition. Attached hereto is a CD of Plaintiff's additional color photographs, some of which may be used at Trial.

6. Denied. Prior to Trial, Plaintiff will select and notify defense counsel which photographs depicted on the CD will be used at Trial. These photographs are for

demonstrative purposes only and depict no new condition which Defendants have not seen previously via color photographs and in person.

7. Denied. It is denied that Plaintiff's photographs of her leg and left foot, some of which have been previously supplied, is unfairly prejudicial. See Plaintiff's response to Paragraph 6, supra.

8. Denied. See Plaintiff's responses to Paragraphs 1-7.

**WHEREFORE**, Plaintiff Kimbra Criswell respectfully requests that this Honorable Court deny Defendants' Motion in Limine to Preclude Plaintiff from Photographs not in Evidence.

Respectfully submitted,

Kats, Jamison, van der Veen & Associates

_____
Nelson Levin, Esquire
Of counsel: Richard R. Wier, Jr., Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL<br>        Plaintiff,<br><br>v.<br><br>LYDIA ADAIR MCFADDEN<br>and<br>CHRISTIANA CARE HEALTH<br>SERVICES, INC.,<br>        Defendants. | :<br>:<br>:<br>:<br>:   C.A. No. 05-00321 GMS<br>:   JURY TRIAL DEMANDED<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Nelson Levin, Esquire, do hereby certify that on the 29th day of March, 2007, that two copies of Plaintiff's Reply to Defendants' Motion in Limine to Preclude Plaintiff from Presenting Photographs not in Evidence were served via electronic filing and delivered via e-mail upon Deborah J. Massaro, Esquire, 824 No. Market Street, Suite 902, P.O. Box 709, Wilmington, Delaware 19899.

_____
Nelson Levin, Esquire

Photographs on CD hand-delivered to counsel.