## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-CV-00321 GMS |
| | ) |
| LYDIA ADAIR MCFADDEN and CHRISTIANA CARE HEALTH SERVICES, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## ORDER

HAVING CONSIDERED Defendants', Lydia Adair McFadden and Christiana Care Health Services, Inc., Defendants' Motion In *Limine* To Preclude Plaintiff From Presenting Photographs Not In Evidence and all responses thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2007, that pursuant to this motion Plaintiff shall be precluded from presenting photographs at trial, as there are none in evidence and Defendants' Motion is hereby GRANTED.

_____
THE HONORABLE GREGORY M. SLEET