# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-CV-00321 GMS |
| ) | |
| LYDIA ADAIR MCFADDEN and CHRISTIANA ) | JURY TRIAL DEMANDED |
| CARE HEALTH SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

HAVING CONSIDERED Defendants', Lydia Adair McFadden and Christiana Care Health Services, Inc., Motion In *Limine* To Preclude Plaintiff's Expert Economist From Presenting Expert Testimony and all responses thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2007, that Plaintiff shall not be permitted to present economic expert testimony at trial, and Defendants' Motion is hereby GRANTED.

_____
THE HONORABLE GREGORY M. SLEET