# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LYDIA ADAIR MCFADDEN and CHRISTIANA )<br>CARE HEALTH SERVICES, INC., )<br>)<br>Defendants. ) | C.A. No. 05-CV-00321 GMS<br><br>JURY TRIAL DEMANDED |

## ORDER

HAVING CONSIDERED Defendants', Lydia Adair McFadden and Christiana Care Health Services, Inc., Defendants' Motion In *Limine* To Preclude Plaintiff From Presenting Workers' Compensation Lien Not In Evidence and all responses thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2007, that pursuant to this motion Plaintiff shall be precluded from presenting the alleged Workers' Compensation lien in the amount of $220,252.47, and Defendants' Motion is hereby GRANTED.

_____
THE HONORABLE GREGORY M. SLEET