**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KIMBRA CRISWELL, | ) |
| | ) |
|         Plaintiff, | ) |
| v. | ) C.A. No. 05-CV-00321 GMS |
| | ) |
| LYDIA ADAIR MCFADDEN and CHRISTIANA | ) JURY TRIAL DEMANDED |
| CARE HEALTH SERVICES, INC., | ) |
| | ) |
|         Defendants. | ) |

**ORDER**

HAVING CONSIDERED Defendants', Lydia Adair McFadden and Christiana Care Health Services, Inc., Defendants' Motion In *Limine* To Preclude Plaintiff's Medical Expert From Presenting Testimony Regarding Plaintiff's Ability To Work, Future Medical Expenses and Potential Operative Treatment and all responses thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2007, that Plaintiff shall not be permitted to present expert testimony at trial regarding Plaintiff's ability to work; future medical expenses or potential operative treatment, and Defendants' Motion is hereby GRANTED.

 

_____
THE HONORABLE GREGORY M. SLEET