# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBRA CRISWELL,<br><br>            Plaintiff,<br><br>v.<br><br>LYDIA ADAIR MCFADDEN and CHRISTIANA CARE HEALTH SERVICES, INC.,<br><br>            Defendants. | )<br>)<br>)<br>)  C.A. No. 05-CV-00321 GMS<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>) |

## ORDER

HAVING CONSIDERED Defendants', Lydia Adair McFadden and Christiana Care Health Services, Inc., Defendants' Motion In *Limine* To Preclude Plaintiff From Presenting Past Medical Bills Not In Evidence and all responses thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2007, that pursuant to this motion Plaintiff shall be permitted to present testimony at trial regarding the past medical bills in evidence, totaling $25,593.50 and Defendants' Motion is hereby GRANTED.

                                                        THE HONORABLE GREGORY M. SLEET