**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KIMBRA CRISWELL,            )<br>                            )<br>        Plaintiff,           )<br>    v.                      )  C.A. No. 05-CV-00321 GMS<br>                            )<br>LYDIA ADAIR MCFADDEN and CHRISTIANA )  JURY TRIAL DEMANDED<br>CARE HEALTH SERVICES, INC., )<br>                            )<br>        Defendants.         )  | |

**ORDER**

HAVING CONSIDERED Defendants', Lydia Adair McFadden and Christiana Care Health Services, Inc., Defendants' Motion In *Limine* To Preclude Plaintiff From Presenting Supplemental Report Of Medical Expert Into Evidence Or Relying Upon It At Trial and all responses thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2007, that Plaintiff shall not be permitted to present expert testimony at trial regarding the Dr. Dewanjee's supplemental expert report dated March 26, 2007, and Defendants' Motion is hereby GRANTED.

_____
THE HONORABLE GREGORY M. SLEET