# White and Williams LLP

**W|W**

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

Deborah J. Massaro
Direct Dial: 302.467.4526
Direct Fax: 302.467.4546
massarod@whiteandwilliams.com

February 27, 2007

**VIA FEDEX**

Nelson Levin, Esquire
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 17044

**RE: Criswell v. McFadden and Christiana Care Health Services, Inc.**
**C.A. No.: 05-CV-00321 GMS**
**W&W File No.: 783704-D0033**

Dear Nelson:

This letter is written to again request three potential dates for the discovery deposition of Dr. Sumit Duwanjee in the above-referenced case.

Second, CCHS is identifying trial experts as follows: Daniel M. Feinberg, M.D., Irene C. Mendelsohn, M.S., CRC, and James A. Stavros, CPA. A copy of their C.V.s are attached and reports will follow after Dr. Feinberg and Ms. Mendelsohn have an opportunity to examine Ms. Criswell.

CCHS requests the examination of Ms. Criswell by the defense neurologist, Dr. Daniel Feinberg, and defense vocational rehabilitation expert, Irene Mendelsohn, M.S., CRC. We have reserved March 29, 2007 as the date for these examinations. Ms. Criswell's appointment with Ms. Mendelsohn is scheduled for 9:00 a.m. at 1226 Woodbine Avenue, Penn Valley, PA; and her appointment with Dr. Feinberg is scheduled for 1:30 p.m. at 330 South 9th Street, Philadelphia, PA. Please confirm with me that Ms. Criswell will attend these appointments by March 2, 2007.

Finally, with regard to trial, due to her schedule, we would like to request that Ms. Mendelsohn testify on April 25, 2007 in the afternoon. The four day trial is to start on April 23, 2007, and this should not be a problem, but in an abundance of caution, we want to make sure that this date is permissible with you. If I do not hear from you to the contrary by March 15,

Nelson Levin, Esquire
February 27, 2007
Page 2

2007, then we will proceed with this date in mind for her testimony.

Thank you for your attention to these matters.

Very truly yours,

WHITE AND WILLIAMS LLP

By: *Deborah Massaro*
Deborah J. Massaro

DJM:by
Enclosures

cc:   Richard R. Wier, Jr., Esquire

WILDMS 141634v.1

A000115