*824 N. Market Street, Suite 902*  *Deborah J. Massaro*
*P.O. Box 709*  *Direct Dial: 302.467.4526*
*Wilmington, DE  19899-0709*  *Direct Fax: 302.467.4546*
*Phone: 302.654.0424*  *massarod@whiteandwilliams.com*
*Fax: 302.654.0245*

April 2, 2007

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE   19801

     RE:    **Kimbra Criswell v. Christiana Care Health Services, Inc.**
            **C.A. No.: 05-CV-00321 GMS**

Dear Judge Sleet:

     Please find enclosed two courtesy copies each of the following documents which were filed with the Court by Defendants, Christiana Care Health Services, Inc. and Lydia Adair McFadden, on Friday, March 30, 2007:

     Final Pretrial Order;

     Defendants' Trial Brief;

     Defendants' bound Motions in *Limine* as follows:  1) To Preclude Plaintiff's Expert Economist from Presenting Testimony (and Reply brief); 2) To Preclude Plaintiff's Medical Expert from Presenting Testimony Regarding Plaintiff's Ability to Work, Future Medical Expenses and Potential Operative Treatment; 3) To Preclude Plaintiff from Presenting Past Medical Bills Not In Evidence; 4) To Preclude Plaintiff from Presenting Photographs Not In Evidence (and Reply brief); 5) To Preclude Plaintiff from Presenting Workers' Compensation Lien Not In Evidence; and 6) To Preclude Plaintiff from Presenting Supplemental Report of Medical Expert into Evidence or Relying Upon it at Trial (and Reply brief);[1]

---

[1] Due to Plaintiff's late filing of a supplemental expert report, after the five motions in *limine* had been propounded by Defendants, this sixth motion in *limine* became necessary despite the Court's limit of five.   Due to the time constraints, the motion in *limine* was filed with the Final Pretrial Order and permission will be sought at the Pretrial Conference scheduled for April 3, 2007.

*Allentown, PA • Cherry Hill, NJ • New York, NY • Paoli, PA*
*Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

**WILDMS** 142713v.1

August 2, 2004
Page 2

    Defendants' Proposed *Voir Dire*;

    Verdict Form;

    Preliminary Jury Instructions (also on diskette); and

    Jury Instructions (also on diskette).

    If you have any questions regarding these enclosures, I am available at the convenience of the Court.

    Respectfully submitted,

    **WHITE AND WILLIAMS LLP**

By: *Deborah J. Massaro*

    Deborah J. Massaro

DJM/by
Enclosures

cc: Clerk of Court (by hand w/enclosures)
    Richard R. Wier, Jr., Esquire (w/o enclosures)
    Nelson Levin, Esquire (w/o enclosures)

WILDMS 142713v.1